Official Form 416D (12/15)

## Form 416D  Caption for Use in Adversary Proceeding

# United States Bankruptcy Court

### 3RD          DELAWARE
_____ District Of _____

In re

BOY SCOUTS OF AMERICA AND
_____ ,

Debtor    DELAWARE BSA, LCC
_____ ,

Plaintiff

_____ ,

Defendant    PRO-SE CLAIMANT/CREDITOR
SA-101730 & SA-47539

Case No.  20-10343-LSS
_____

Chapter  11
_____

Adv. Proc. No.
_____

### COMPLAINT [*or* other designation]

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]



RECEIVED
SEP 7 2022
By_____

FILED
2022 SEP -8  PM 10: 44
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| PRO-SE CLAIMANT/CREDITOR NUMBERS SA-101730 & SA-47539 | Adv. Pro. No. _____ |
| Plaintiffs, | |
| -against- | COMPLAINT...NOTICE OF POST-PETITITON (DIP) PRO-ADMIN FEE LIENS, CLAWBACK DEMAND, INJUNCTIVE RELIEF, EPA OIL & GAS ASSET FRAUDULENT CONVEYANCE TO EVADE ENVIRO-LIABILITY, TORTIOUS INTERFERENCE, 18 U.S.C. CRIME VIOLATIONS, CH-11 ELECTION FRAUD, BANKRUPTCY FRAUD, CONFESSION OF JUDGEMENT ENFORCEMENT DEMAND FOR TIMELY MAKE WHOLE-FINANCIAL SETTLEMENT |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, BSA NATIONAL ROGER C. MOSBY, W.SCOTT SORRELS, DAN OWNBY, MONTANA L.C.,TCJC, ALVAREZ & MARSAL HOLDINGS LLC, WHITE & CASE, SIDLEY AUSTIN LLP, BATES WHITE LLC, HAYNES & BOONE LLP, MORRIS NICHOLS ARSHT & TUNNELL, OGLETREE DEAKINS NASH SMOAK & STEWART PC, CHUBB, HARTFORD, NAT'L UNION, LONDON, MUNICH RE, (TCJC) DESERET MUTUAL)...ETC. | |
| | JURY TRIAL DEMANDED |
| | Re: D.I 10136 (LSS OPINION) |

## COMPLAINT FOR DECLARATORY JUDGMENT... AND RELIEF.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's Federal Tax Identification Number, are as follows:

Boy Scouts of America ("BSA") (6300) and Delaware BSA, LLC ("Delaware BSA") (4311). The Debtors' Mailing Address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# THE DELAWARE FEDERAL BANKRUPTCY COURT LIVE & ZOOM CONFIRMATION HEARING (01 SEP 2022) OBJECTION AND VICTIM OF SCOUTING COVER-UP...

DATE:
01 SEP 2022 @ ETI 10:45 AM (EASTERN TIME)  LIVE COURT ZOOM FEED
U.S. CONSTITUTIONAL & CIVIL RIGHTS VIOLATION.

ATTENTION:
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE INFORMATION TECHNOLOGY COURTROOM
TECHNICIANS.

SUBJECT:
INTENTIONAL BLOCKAGE OF PRO-SE CLAIMANT/CREDITOR SA-101730 & SA-47539
VIDEO FEED...LINED LEFT MUTED...& HAND RAISED BLOCKED & LOGGED IN EARLY.

NOTE:
I AM A SCOUTING VICTIM. I WAS APPROVED TO ATTEND, SERVED BY MAIL TO
ATTEND, AND HAD A STANDING OBJECTION BEFORE THIS COURT.

THE DEBTOR-IN-POSSESSION, ENJOYED NEARLY 100% UNFETTERED ACCESS
TO STATE THEIR CASE... TO THE WORLD.

THIS IS OUTRAGEOUS & UNACCEPTABLE.

SIGNED,
PRO-SE CLAIMANT/CREDITOR



Please remember to check your email for the meeting passcode
once registration is complete if joining a meeting in progress.

## Meeting Registration Approved

**Topic**      BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC 20-10343 LSS

**Time**       Sep 1, 2022 11:00 AM in Eastern Time (US and Canada)

      📅 Add to calendar ▾

**Meeting ID:**   160 006 0276

**Passcode:**   ********   Show


## To Join the Meeting

Join from a PC, Mac, iPad, iPhone or Android device:

Please click this URL to join. https://debuscourts.zoomgov.com/w/1600060276?
tk=f7QiSAe3i5VEopRfrcKRQJRS8eRmNVTmPatVqgUELx8.DQMAAAAAX177dBY1WnpQSTFCUVQzeWhxQ0tVSXJ6M3VBAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAA (https://debuscourts.zoomgov.com/w/1600060276?
tk=f7QiSAe3i5VEopRfrcKRQJRS8eRmNVTmPatVqgUELx8.DQMAAAAAX177dBY1WnpQSTFCUVQzeWhxQ0tVSXJ6M3VBAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAA)


## To Cancel This Registration

You can cancel your registration at any time.

**About**
(https://debuscourts.zoomgov.com/about)

Zoom Blog (https://blog.zoom.us/)
Customers
(https://debuscourts.zoomgov.com/customer/all)
Our Team
(https://debuscourts.zoomgov.com/team)
Careers (https://careers.zoom.us/home)
Integrations (https://marketplace.zoomgov.com)
Partners (https://partner.zoomgov.com)
Investors (https://investors.zoomgov.com)
Press (https://debuscourts.zoomgov.com/press)
Media Kit
(https://debuscourts.zoomgov.com/media-kit)
How to Videos
(https://debuscourts.zoomgov.com/resources)
Developer Platform

**Download (https://debuscourts.zoomgov.com/download)**

Meetings Client
(https://debuscourts.zoomgov.com/download#client_4meeting)
Zoom Rooms Client
(https://debuscourts.zoomgov.com/download#room_client)
Browser Extension
(https://debuscourts.zoomgov.com/download#chrome_ext)
Outlook Plug-in
(https://debuscourts.zoomgov.com/download#outlook_plugin)
Android App
(https://debuscourts.zoomgov.com/download#mobile_app)
Zoom Virtual Backgrounds
(https://debuscourts.zoomgov.com/virtual-backgrounds)

**Sales**
(https://debuscourts.zoomgov.com/contactsales)

1-833-ZOOM-GOV (tel:1-833-ZOOM-GOV)
Contact Sales
(https://debuscourts.zoomgov.com/contactsales)
Plans & Pricing
(https://debuscourts.zoomgov.com/pricing)
Request a Demo
(https://debuscourts.zoomgov.com/livedemo)
Webinars and Events
(https://debuscourts.zoomgov.com/events)

**Support (htt**

Test Zoom
(https://debus
Account
(https://debus
Support Cent
(https://suppo
Contact Us
(https://debus
Accessibility
(https://debus
Privacy, Secu
Slavery Act Tr
(/trust/legal-c

Copyright ©2022 Zoom Video Communications, Inc. All rights reserved.   Terms (/terms)   Privacy (/privacy)   Trust Center (/trust)   Community Standards (/community-standards)   Legal & Compliance
(/trust/legal-compliance)

a)   Dumas & Vaughn Claimants' Response to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion and Objections to Proposed Confirmation Order (D.I. 10239, filed 08/24/22);

b)   [SEALED] D.W.'s Objection to the Court's Opinion (D.I. 10240, entered 08/24/22);

c)   REDACTED D.W.'s Objection to the Court's Opinion (D.I. 10241, entered 08/24/22);

d)   Lujan Claimants' Objection to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 (D.I. 10246, filed 08/24/22);

e)   Certain Insurers' Objection to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion and Objection to Confirmation of Revised Chapter 11 Plan (D.I. 10247, filed 08/24/22);

f)   [SEALED] Pro-Se Claimant/Creditor Objections for Cause, to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion, the Settlement and Plan Agreement has had Substantial Material, Financial, Estate, and Fact Changes, which Demands a New Creditor Plan Vote, Including (Preliminary and Permanent Injunction with an Asset Freeze) and Other Equitable Relief (D.I. 10253, filed 08/24/22); and

g)   REDACTED Pro-Se Claimant/Creditor Objections for Cause, to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion, the Settlement and Plan Agreement has had Substantial Material, Financial, Estate, and Fact Changes, which Demands a New Creditor Plan Vote, Including (Preliminary and Permanent Injunction with an Asset Freeze) and Other Equitable Relief (D.I. 10254, filed 08/24/22).

Related Pleadings:

a)   Notice of Filing of Blackline of Conformed (I) Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents (D.I. 10190, filed 08/12/22);

b)   Notice of the Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 (D.I. 10195, filed 08/15/22);

c)   Debtors' Omnibus Reply in Support of Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 (D.I. 10258, filed 08/29/22);

It has become clear that Scouting Victims will (NOT) be afforded "Equal Protection & Due Process "Under The Law."

As "The TCJC," (Mormon's) remains with a roughly $64 Million Dollar "BSA Victim's Claim. Paying them, instead of Mormon Victims. What a tragic conclusion, this "Mass Tort Delaware CH-11," has become.

Thus, I now have to hold each "Participation Law Firm," who Approved & Defended," this "Fraudulent Confirmation Plan," personally responsible as a "Firm." Which is "No Small Task," but must be done...

I cannot (NOT) be Made Whole, or realize "My $8,800,000 Scouting Abuse Claims." When so much was done by D-I-P Law Firms to prevent even "Minimal Discovery & Proper Relief" for "Our Claims."

Therefore, each "Law Firm," with an alleged "Connection." To further hurt, "Scouting Victims."  Must be held to Account.

Without proper "Asset Vetting," and "Deeply Flawed," DIP Backstop Victim Funding & Security Instruments. Each Offending Law Firm, must now make up that difference. When "Seasoned Oilmen," now "Scouting Executives." Unleash, the near "Equivalent Exxon Valdez & BP Deep Water Horizon Environmental (EPA) Clean-Up & Remediation Brownfield & Super-Fund Oil & Gas Property on a "Scouting Victim's Trust." Serious Litigation, and Federal Consequences must occur. A Federal Bankruptcy Court, cannot Violate Federal EPA Protection Law.

This Is A Sad Day...In American History. That We Have Come To This End...As A Free-People.

My Regards, to those in this case. Who tried to set things right with "Scouting Victims." Alas, so many "Legal Professionals," simply didn't.

My Personal Claim...demanded provisions for " Extreme Hazing, Torture, Abduction or Kidnapping By Force, and International Abduction of an "Undocumented & Minor Child," across "The Border of Canada."

Along with "The Twisted Sexually Perverted Mind Of A Mormon Bishop/BSA Scoutmaster." Unhinged & Unleashed, on  an "Innocent Minor Child."

It is "Time To Make This Partially Right," and it will be.

Signed This,
Pro-Se Creditor/Claimant SA-101730 & SA-47539.

P. S. The Pope is calling for "All Catholic Funds," to be held in "Vatican City." As of 9-30-2022. That would strongly suggest a "Global Financial Reset or Collapse," in the near future. Scouting Victim Settlement Funds are (NOT) remotely secure enough for such events.

WHICH SHOULD TRULY ALARM EVERY SCOUTING VICTIM...

# THE LIKELY FUTURE FINANCIAL GLOBAL RESET & VICTIMS OF SCOUTING TRUST FUND COLLAPSE...FORESHADOWED BY POPE FRANCIS.

# VICTIMS OF SCOUTING TAKE NOTE.



# Pope Francis instructs Vatican entities to move all funds to Vatican bank by Sept. 30

By Hannah Brockhaus for CNA

🕓 August 23, 2022    👤 Catholic News Agency    ▷ News Briefs    💬 8                    🖶 Print

**The Institute for Religious Works, or 'Vatican bank'. (File Photo/CNA).**

Rome Newsroom, Aug 23, 2022 / 05:51 am (CNA).

Pope Francis has ordered that the Holy See and connected entities move all financial assets to the Institute for Works of Religion (IOR), commonly known as the Vatican bank.

The pope's **rescript**, issued Aug. 23, clarifies the interpretation of a paragraph in the new constitution of the Roman Curia, *Praedicate Evangelium*, promulgated in March.

According to Francis' rescript, financial and liquid assets held in banks other than the IOR must be moved to the Vatican bank within 30 days of Sept. 1, 2022.

The IOR, based in Vatican City State, has 110 employees and 14,519 clients. As of 2021, it looked after 5.2 billion euros ($5.6 billion) of client assets.

Though commonly called a "bank," the IOR is technically a fin[...]
State to provide services to clients, which include the Holy Se[...]
institutions, and Holy See employees[...]

The IOR saw its number of clients decline by 472, from 14,99[...] s
clients in 2019 were religious orders[...]

According to its **annual report**, the financial institution's $19[...]
2020 and **$46 million** in 2019.

In his Aug. 23 rescript, Pope Francis said article 219, paragraph 3 of *Praedicate Evangelium* "must be interpreted to mean that the activity of asset manager and custodian of the movable patrimony of the Holy See and of the Institutions connected with the Holy See is the exclusive responsibility of the Institute for Works of Religion."

The decree will force Holy See institutions, including the Secretariat of State, to move their financial assets to the IOR by the end of September. The Secretariat of State is known to have had accounts in **Swiss financial institutions**, including Credit Suisse, through which the controversial London building investment **was initially carried out**.

Article 219, paragraph 3 of the new curial constitution says: "The execution of the financial transactions referred to in §§ 1 and 2 is carried out through the Institute for the Works of Religion," the IOR.

The financial transactions described in paragraphs 1 and 2 of article 219 are the administration and management of the Holy See's real estate and movable assets and entities entrusting their assets to the Holy See.

---

*If you value the news and views Catholic World Report provides, **please consider donating** to support our efforts. Your contribution will help us continue to make CWR available to all readers worldwide for free, without a subscription. Thank you for your generosity!*

**Click here** *for more information on donating to CWR.* **Click here** *to sign up for our newsletter.*

---

**About Catholic News Agency** > 5282 Articles

**Catholic News Agency** (www.catholicnewsagency.com)

© Catholic World Report



WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

11. Declaration and Signature of Authorized Representative of Debtor

1a. Signature of Attorney

Official Form 201

The Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. I have been authorized to file this petition on behalf of the debtor. I have examined the information in this petition and have a reasonable belief that the information is true and correct.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on 02/18/2020**



### Derek C. Abbott (BSA Debtor Attorney)

### Morris. Nichols. Arsht & Tunnell LLP

1201 North Market Street Address Wilmington. DE 19899  (302) 351-9314

dabbott.@mnat.com

3376 /DE Bar number

### Steven P. McGowan (BSA Secretary and General Counsel)

Date 02/18/2020

### Jessica C.K. Boelter (BSA Debtor Attorney

Sidley Austin LLP

787 Seventh Avenue New York. NY 10019

(212) 839-5300

jboelter@sidley.com

5657580 (NY) Bar number

# 679. THE MAJOR CRIMES ACT—18 U.S.C. § 1153

Section 1153 of Title 18 grants jurisdiction to federal courts, exclusive of the states, over Indians who commit any of the listed offenses, regardless of whether the victim is an Indian or non-Indian. *See United States v. John*, 437 U.S. 634 (1978). It remains an open question whether federal jurisdiction is exclusive of tribal jurisdiction. *Duro v. Reina*, 495 U.S. 676, 680 n. 1 (1990). *See also Wetsit v. Stafne*, 44 F.3d 823 (9th Cir. 1995). The enumerated offenses are, for the most part, defined by distinct federal statutes. Those offenses which are not defined and punished by federal law are to be defined and punished in accordance with the law of the state where the crime was committed. *See* 18 U.S.C. § 1153(b).

The precursor to 18 U.S.C. § 1152 was section 25 of the Act of June 30, 1834, 4 Section 733, and it was not until 1885 that federal legislation was enacted granting federal courts jurisdiction over certain major crimes committed by an Indian against another Indian. Prior to 1885, such offenses were tried in tribal courts. *See Ex parte Crow Dog*, 109 U.S. 556 (1883)(federal court had no jurisdiction to try an Indian for the murder of another Indian). Section 1153 is predicated on the Act of March 3, 1885, § 8, 23 Stat. 385, and former sections 548 and 549, 18 U.S.C. (1940 ed.). The Major Crimes Act was passed in reaction to the holding of *Crow Dog*, *see Keeble v. United States*, 412 U.S. 205, 209-12 (1973), and *United States v. Kagama*, 118 U.S. 375, 383 (1886). Under 18 U.S.C. § 1153, federal courts have jurisdiction exclusive of the states over offenses enumerated in the section when committed by a tribal Indian against the person or property of another tribal Indian or other person in Indian country. *United States v. John*, 437 U.S. 634 (1978). Legislative history indicates that the words "or other person" were incorporated in the 1885 Act to make certain the Indians were to be prosecuted in federal court. 48th Cong., 2d Sess., 16 Cong. Rec. 934 (1885).

Although the scheme of felony jurisdiction which has arisen is complex in origin, it is not irrational in light of the historical settings in which the predecessor statutes of 18 U.S.C. §§ 1152 and 1153 were passed. Major felonies involving an Indian, whether as victim or accused, are matters for federal prosecution. Because of substantial non-Indian populations on many reservations crimes wholly between non-Indians are left to state prosecution. It is, moreover, significant that the historical practice has been to regard *United States v. McBratney*, 104 U.S. 621 (1882), as authority for the states' assertion of jurisdiction with regard to a variety of "victimless" offenses committed by non-Indians on Indian reservations. *See* this **Manual at 683**.

In *United States v. Antelope*, 430 U.S. 641 (1977), the Supreme Court in essence upheld the constitutionality of the plan contained in 18 U.S.C. §§ 1152 and 1153 by rejecting a challenge on equal protection grounds raised against 18 U.S.C. § 1153. It was held that the Constitution was not violated by federal prosecution of an Indian for the murder of a non-Indian on the reservation under a theory of felony-murder. The defendant argued that had he been prosecuted in state court under Idaho state law for the same act, the felony-murder doctrine would not have applied because Idaho does not recognize it. The Court acknowledged the disparity in treatment, but nonetheless reasoned that the Major Crimes Act, like all federal regulation of Indian affairs, is not based upon an impermissible racial classification, but "is rooted in the unique status of Indians as 'a separate people' with their own political institutions. Federal regulation of Indian tribes, therefore, is governance of once-sovereign political communities; it is not to be viewed as legislation of a 'racial' group consisting of Indians." *See also Morton v. Mancari*, 417 U.S. 535 (1974).

[cited in **JM 9-20.100**]

# 36 U.S.C.A. 21-29

21.   Corporation created:

Colin H. Livingstone...and Associates
and Successors, are created a body corporate
and politic **of the District of Columbia, where its
domicile shall be.**   June 15, 1916

22.   Name; general powers and duties:

The name of the corporation created by this chapter shall be
**"Boy Scouts Of America..."**

## Definition of Domicile in the District

The above benefits are available only to individuals who are domiciled in the District. *See* D.C. Code §§ 47-849(1), 47-863(a)(3) and 47-864(d)(1). The term "domicile" means the place where an individual has his or her true permanent home or habitation, without any fixed or definite intent of abandoning it now or in the future, and to which the individual has the present intention of returning, after any absence regardless of the length. *Bainum v. Kalen*, 272 Md. 490, 497 (1974); *D.C. vs. Murphy*, 314 U.S. 441, 454-55 (1941).

An individual can have more than one home or residence, but he or she can have only one domicile. *Blount v. Boston*, 351 Md. 360, 367 (1998).

Domicile, once established outside the District, is presumed to continue until shown to have been changed. For example, a person who comes to the District to enter Federal governmental service for an indefinite period, does not necessarily acquire a District domicile, even when no abode is maintained in the state of origin, if this person always has a fixed and definite intention to return when the government service ends. *Murphy*, at 452-55.

Thus, to establish domicile in the District, persons who move into the District from other states must show clearly and unequivocally physical presence in the District and intent to abandon the former domicile and remain in the District for an indefinite period of time. *Sweeney v. District of Columbia*, 113 F.2d 25, 32-33 (1940).

## Factors Establishing Domicile

An individual's intent is determined principally by his or her actions (objective factors) since mere statements by themselves can be self-serving.

# RE: Boy Scouts of America Bankruptcy: Plan Objection

Sent: **Friday, April 1, 2022 5:35 PM**

From: **MRCTLR mrctlr@protonmail.com**

To: **Remington, Tori tremington@morrisnichols.com**

*Greetings Ms. Remington,*

*I will be appearing. Thank you, for "The Boy Scouts of America Bankruptcy Case 20-10343 Notice."*

*Again, I Kindly Request Discovery From The Following Sources:*

Parties Failing To Provide Scouting Historical Claimant Discovery Documents Include In Part:
The Boy Scouts Of America (National) (1972 Age 8 - Joined The Cubs Scouts) (TCJC
The Montana Boy Scouts Of America (Local Council) (1972 Age 8 - I Joined The Cub Scouts) (TCJC)
The State Of Montana Attorney General
The Church of Jesus Christ Of Latter-Day Saints (Life Long Membership Records) (Born Into The LDS Church).
(1972 Age 8 - I Joined The TCJC Chart Org Cub Scouts)
The United States Of America (FBI, Departments Of Interior, Bureau Of Indian Affairs, and DOJ.)
The Blackfeet Indian Nation - (BSA Camp Napi - Indian Reservation Special Use Permit Holder)
The Blackfeet Tribal Council -(Tribal Police Records)
White Case
Morris Nichols
Haynes Boone
Council For The TCJC - Use Of My Claim Data & Settlement Determination
Tort Claimants' Committee
Bruce Griggs - Ogletree Deakins
Bates White -Use Of My Claim Data
Dr. Bates - Use Of My Claim Data
My Protected Claim Chain of Custody
KCIC Archeology Regarding My Claim Years (1976 to 1979)
Hartford Insurance Primary & Secondary Coverage Policies
All Insurers Involving My Claim (1976 to 1979) (Montana Council, TCJC & BSA National)
Any Records Regarding Bishop Clive H. Walker (1976 to 1979)
BSA Staff Records From Camp Napi Montana...(1975 to 1977)
Mormon Bishop's Typically Serve Their Wards For 5 Years.
The Helena Montana Stake & Stake President (1976 to 1979) ( A Mormon Ward Is A Division Of A Stake.)
Mormon Bishop...Troop Leader = One Ward or Congregation (Hundreds Of Members).
Mormon Stake President - Multi Troop Leader = Multi Ward or Congregations (Thousands Of Members).

(My Protected Claim Chain of Custody File Access Record)
My P.O.C. Chain Of Custody Flow Chart Went Where? (OMNI Agents>White & Case? Sidley? Morris Nichols?> Dr.
Bates?>Bate White?>KCIC?> TCJC?>
Central Data Dump> White Case?> (100 + or - Law Firms etc.)> ( Who-What-When-Where-Why-How Long?) How
Many Private Homes & Unsecured Electronic Communications? (P.O.C. Archive Storage Areas?)

Relief & Damages Will Include:
Honorary Eagle (Newly Designed - Purple Heart / With American Flag) Order Of The Arrow Scout Awards Palms,
Badges, Neckerchiefs, Sash, Vigil & Ordeal Sash & Local-National & Presidential Certificates...For (DENIED THE
WOUNDED)...Living & Posthumous (Every Man Or Woman Involved In These Crimes Against Humanity. Deserves
These Full Honors.)

*Sincerely,*
*Michael Cutler*

-------Message -------
On Friday, March 11, 2022 9:46 AM, MRCTLR <mrctlr@protonmail.com> wrote:

Greetings Pachulski Stang Ziehl & Jones,

Good Morning Gentlemen...

Late last night, I discovered "My Ballot Number," and the last "Proof of Claim
Number," (SA-101730).
Were missing from the "Omni Agent Solutions,'" Final Certified Tabulation (CEO
Supervised Audit.)

They proclaim to have "Carefully Studied," with Multiple Persons. That (ALL) was in
"Order." Yet,
the "One Person," (CUTLER CREDITOR/CLAIMANT who has a "Plan Objection and
"Tabulation &
Certification Fraud Claim. From the last "BSA Abuse Claim Victim Election."
That should be "Testifying
in the Upcoming Confirmation Hearing" against Omni Agent Solutions. Is summarily
missing from the
"Federal Court Docketed and Attested To Election Results."

Simply appalling, Gentlemen. That this also is happening in America.

Please explain...

Best Wishes and Regards,
Michael Cutler

March 3, 2022

(Via Online Submission)
**Rebecca Bond, Chief**
**U.S. Department of Justice**
**Civil Rights Division Disability Rights Section**
**950 Pennsylvania Avenue,**
**NW 4CON, 9th Floor**
**Washington, DC 20530**

cc: Elizabeth Johnson, elizabeth.johnson@usdoj.gov

**Subject:  U.S. Federal Bankruptcy Court Delaware District Mass Tort Chapter-11 (Violation of Title II of the ADA and Section 504 of the Rehabilitation Act.)**

**Re:  Allegations and Proof has surfaced. That Absentee, Electronic, E-Ballot, USPS Mailed, Master Ballots, Ballot Certification and Noticing, and Disclosure Voting Systems. Have Not Accessible to Blind, Deaf, Aging, Voters and Voters with Print Disabilities. In Violation of Title II of the ADA and Section 504 of the Rehabilitation Act. Were used as a Legal Tactic, Bad Faith Measure, Miscarriage of Federal Code, and Fairness. Including to Exclude, Discriminate, and Fail to provide Access to the Aged, Disabled, and Dying.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE.**
**Mass Tort Chapter 11**
**(Case No. 20-10343 )**

**Ordered by:   Chief Judge Laurie Selber Silverstein,**
**United States Bankruptcy Judge**

**Dear Chief Bond:**

This "Mass Tort Federal Bankruptcy Ballot, Election, Solicitation, Noticing, Tabulation, Certification, Proof Of Claim Hate Crime Discrimination Weapon," as codified by The D.O.J. Was and is being used upon the Innocent Adult Victims of Childhood Sexual Abuse. Largely in the Care, and Keeping of The Boy Scouts Of America. Nearly 83,000 have been Exposed and Affected by this Federal Bankruptcy Mass Tort ADA Violating Practice in this scorched earth case. Every BSA Victim is carrying one or more Disabilities. This known condition has been seriously exploited by the Federal Bankruptcy Court, Debtors-In-Possession, Insurers, and Debtors Counsel etc.

It is understood, that The Department of Justice enforces Federal Hate Crimes Laws. That cover certain Crimes committed on the basis of Race, Color, **"Religion,"** National Origin, Sexual Orientation, Gender, Gender Identity, or **"Disability."** The Department of Justice began prosecuting Federal Hate Crimes Cases after the enactment of the Civil Rights Act of 1968. The information below explains current Federal Hate Crimes Laws. Religious Groups have turned on "The Victims," paying fractions of available "Relief Dollars," Available. The Boy Scouts of America has been "Delaware Federal Court & U.S. Trustee Permitted," to spend roughly $100 Million Dollars to "Inflict Misery, Hate and Injustice. Cloaked in  Mediation, then Delivered in Veiled and Sealed Documents. Literally, Millions Of Pages Evidence. That Victims, have been "Banned, Discriminated Against, and Walled-Off from their Own Voting Records, National Boy Scout Files, Charter Organization Files, Insurance Files, and Local Council Roster and Membership Files."

The Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act of 2009, 18 U.S.C. § 249
The Shepard Byrd Act is the first statute allowing federal criminal prosecution of hate crimes motivated by the victim's actual or perceived sexual orientation or gender identity. The Act makes it a federal crime to willfully cause bodily injury, or attempt to do so using a dangerous weapon, because of the victim's actual or perceived race, color, religion, or national origin. The Act also covers crimes committed because of the actual or perceived religion, national origin, sexual orientation, gender, gender identity, or disability of any person, if the crime affected interstate or foreign commerce or occurred within federal special maritime or territorial jurisdiction.

https://www.justice.gov/hatecrimes/laws-and-policies#
This statute makes it unlawful for two or more persons to Conspire to Injure, Threaten, or Intimidate a Person in any State, Territory, or District in the Free Exercise or Enjoyment of Any Right or Privilege Secured to the individual by the U.S. Constitution or the laws of the U.S. Section 508 of the Rehabilitation Act  (29 U.S.C. § 794d) requires that Federal agencies' electronic and information technology is accessible to people with disabilities, including employees and members of the public.

**Federal Hate Crime Policies:**
https://www.justice.gov/hatecrimes/laws-and-policies#

------------------------------------------------------------------------------
------------------------------------------------------------

4

## III. Delaware Federal Bankruptcy Voting Systems Are Inaccessible:

A.   Mail-In Absentee Scouting Victim Voters, who are Elderly, Blind, Deaf, or have Print Disabilities. Have no way to vote Accessibly, Privately, and Independently by Absentee Ballot. THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE- Absentee Mass Tort Chapter Voting Program is thus inaccessible. In Violation of Title II of the ADA and Section 504. Scouting Victims who are Elderly, Blind, Deaf, Dying or have Print Disabilities. Cannot independently fill out, an Absentee Ballot Application. Thus requiring an Elderly, Blind Voter, Hearing Impaired, Dying or Voter with a Print Disability to be assisted by a Third-Party at Multiple Steps. Voters for a Boy Scouts of America Global Bankruptcy Plan, cannot Certify their Election Ballot themselves. For those with Disabilities, Privacy is not an option. Because of Delaware, and California's failure to ensure Accessibility. Absentee ballots available in paper and are not readable or fillable by Voters who are Blind or have Print Disabilities. Thus requiring these Voters, to be Assisted by a Third-Party. The Deaf have similar, but different issues. Accordingly, Voters are unable to complete their Absentee Ballot privately and independently.

### ADA Compliance:

As the DOJ, fully embraces. The ADA gives people with Disabilities the right to file lawsuits in Federal Court and obtain Federal Court Orders to stop ADA Violations. State and Local Anti-Discrimination Laws allow Compensatory Damages, and Attorney Fees. The "Discrimination Hate Crime Factor," in Mass Tort Bankruptcy. We would request as a "Progressive Financial Civil Penalty Multiplier. 10X to 20X Times the current Civil Penalty Fee Chart...would be reasonable and suitable. Mass Tort Federal Bankruptcy Law Firms are Billing at times in excess of $1500 per hour. Motive and Opportunity to commit "Hate Discrimination Crimes," are easily fueled by "GREED." If "Scouting Victims," stand between...Due Process, Fairness, Civil Rights, ADA, Privacy, Voting Rights, and an Attorney's Paycheck. The Scouting Victim, has been seen to lose repeatedly.

Nearly every reachable Boy Scouts of America Victim, has been sent by USPS Mail. Unreadable Disclosures, Global Settlement Plans, Notices, Ballots, Files, Reports, Charts, Data, Revised, Court Orders, ect. Rendered worthless "Hate Mail," sent to BSA Victims. The Justice Department now invite BSA Victims, who have been further "Victimized" by these Federal Violations.

To File DOJ, (Discrimination Hate Crime Complaints, for Relief from each participating "Offending Party.") The Justice Department can Investigate, and Resolve these Complaints with great dispatch. As many, BSA Victims are known. The Justice Department is also Authorized to file lawsuits in Federal Court, in cases of "General Public Importance" or where a "Pattern or Practice" of Discrimination is alleged. Which is most helpful, and the Mass Tort Stay...and Debtor-In-Posession Rules have been grossly misused. Please advise, if the following Civil Penalties Fees are Current. Our understanding, is the Justice Department still pays for all Victim Legal Fees. Monetary Damages for Compensatory,Punitive Relief and Civil Penalties, are applied differently by State. Civil Penalties ere roughly $92,383 for the First Violation, and $184,767 for subsequent Violations.

### Questions Chief Bond:
Have the Civil Penalties increased?
Will your Department of Justice Office assist with bringing cases to The State Attorney General's for Prosecution?

6

the ballot marking device needed to be set up. After more than thirty minutes, the machine had not yet been successfully set up, and Ms. Manuel was offered assistance with voting her paper absentee ballot. Because Ms. Manuel wanted to vote privately and independently, and because her driver could not continue to wait, Ms. Manuel decided to leave her polling place and vote at another time.

## IV.   Remedies:

The Undersigned Complainant, respectfully requests that the Department of Justice Civil Rights Division investigate the State of Delaware, State of California and Other Offending States and Territories. Who are blatantly and willfully violating ADA and Section 504 Federal Laws and Regulations. Specifically, the undersigned complainants and counsel seek a process to remedy the following findings, once made by the Division:

The Attorney General's memorandum directs the Department of Justice to perform the tasks identified in the COVID-19 Hate Crimes Act. The goal of the memorandum is to improve hate crime and hate incident reporting, increase law enforcement training and coordination, engage in community outreach, and look at whether existing non-criminal, civil enforcement statutes can address hate incidents that may not rise to the level of prosecutable hate crimes. https://www.justice.gov/ag/page/file/1399221/download

**State Laws, Codes, and Statutes:**
Most states and U.S. territories have hate crime statutes that are enforced by state and local law enforcement in state and local courts. Hate crime laws in states and territories vary widely across jurisdictions.

**Bias Motivations:**
Different jurisdictions define hate crimes to include different bias motivations. Penalty enhancements: Laws in some jurisdictions increase the sentence for crimes motivated by identified factors. Data collection: Some jurisdictions require collecting data on hate crimes. Data provides better transparency into crimes that are occurring and can help states allocate support and resources to communities in greatest need. Even if a state or territory does not have a hate crimes law, hate crimes can still be reported to the Federal Bureau of Investigation (FBI).

**Elder Abuse Justice Initiative:**
Your Mission in the Elder Justice Initiative, Is to Support and Coordinate the Department's Enforcement and Programmatic Efforts. To Combat Elder Abuse, Neglect and Financial Fraud and Scams. That target..."Our Nation's" older adults. DOJ Civil Rights Enforcement and Investigation, could spend all of their career in "The Mass Tort Chapter 11 Bankruptcy Case Documentation, and Reading Proof Of Claims. Then Tragic Victim Letters...sent to "The Delaware Chief Judge."The DOJ could file ADA, Criminal, and Rampant Civil Rights Violations in Delaware Federal Courts daily.

As Boy Scouts Of America Adult Survivors of Childhood Sexual Scouting Abuse, Exploitation, Kidnapping, Aggravated Rape, Assault and Hazing. We write on behalf of the National Federation of the Blind ("NFB"), the National Federation of the Blind of Delaware, and Individual Victims in all U.S 50 States and Territories. Who are Federally ADA Protected, Chapter 11 Injured, and Disabled Class Voting Creditors. Especially those that are Elderly, Dying, Blind, Deaf, or have Print Disabilities.

It is vital to Democracy, that all Citizens can mark their Ballots Privately, and Independently. Yet, Delaware Federal Bankruptcy Courts trample upon ADA established Code, Rules, and 30 Year Black Letter Law. The Absentee, E-Ballot, Master Ballot Solicitation and Noticing System is Dangerously Flawed. Was not accessible to Voters who are Blind, Deaf or who have Print Disabilities. Accessible Ballot Marking Devices were not, and are not universally available. Nor operable for in-person absentee voting, in the different States. The National, State, and Territories, and their Federal Bankruptcy Election Officials, Case Administrators, and Counsel. Are therefore in Violation of Federal Law. Which requires that Voters with Disabilities, have (Access) to Voting Equal to that afforded to others.

----------------------------------------------------------------
----------------------------------------------------

### I. Legal Standards:

Federal law guarantees that access to a private and independent ballot for voters with disabilities must be equal to that afforded voters without disabilities. See Section 504 of the Rehabilitation Act of 1973, 29 USC § 794 et seq., and Title II of the Americans with Disabilities Act, 42 USC § 12131 et seq. (requiring that covered entities provide meaningful access to private and independent voting for voters with disabilities); Help America Vote Act of 2002, Pub. L. 107–252 § 301, 116 Stat. 1666, 1704 (codified as amended at 52 USC § 21081) (enshrining the right to review and change one's ballot privately and independently in federal elections). It is also well established that an inaccessible absentee voting system violates federal law. Nat'l Federation of the Blind v. Lamone, 813 F.3d 494, 507 (4th Cir. 2016) (finding that "effectively requiring disabled individuals to rely on the assistance of others to vote absentee" denies such voters meaningful access to the state's voting program).[1]

1 Lamone was a landmark case that resulted in Maryland developing an online ballot marking tool that allows voters to access and mark their absentee ballots on their computers. Maryland created the tool to work with screen access software used by many people who are blind or low vision to access written material, and the state has extensively tested the tool's usability for individuals with various disabilities. In the November 2014 election, more than 1,700 Maryland voters with disabilities used the tool to mark their voting selections on their computers, review a summary screen showing their selections, and print out their ballots with their selections marked.

Since accessible absentee ballot programs are more necessary than ever during the COVID-19 pandemic, advocates have filed numerous lawsuits around the country on behalf of voters who are blind or have print disabilities, particularly leading up to the 2020 primary and general election. See Hernandez v. N.Y. State Bd. of Elections, No. 20-CV-4003 (LJL), 2020 WL 4731422 (S.D.N.Y. Aug. 14, 2020) (noting that the court had previously approved a settlement stipulating that New York defendants must provide accessible fillable PDF absentee ballots by e-mail to voters with print disabilities ahead of the 2020 primary election); Powell v. Benson, Case No. 2:20-CV-11023-GAD-MJH (E.D. Mich. May 19, 2020) (stipulating to voluntary consent decree making UOCAVA PDF ballots available to blind voters in Michigan); Merrill v. Dunlap, No. 1:20-cv-00248-JAW (D. Me. July 15, 2020) (resulting in Maine voters with print disabilities being able to receive and return accessible electronically absentee ballot electronically); Frye v. Gardner, No. 1:20-cv-00751 (D.N.H. July 7, 2020) (resulting in accessible absentee voting system for people with print disabilities allowing voters to request, receive, and mark absentee ballot electronically); Drenth v. Boockvar, No. 1:20-cv-00829-JPW (M.D. Pa. Aug. 18, 2020) (granting motion for summary judgment following agreement that remote ballot marking system will be implemented for November 2020 general election); Gary v. Va. Dep't of Elections, No. 1:20-CV-860, 2020 WL 6589326, at *1 (E.D. Va. Aug. 28, 2020) (entering partial consent decree and order committing defendants to creating accessible absentee ballot within three weeks); Taliaferro v. N. Carolina State Bd. of Elections, 489 F. Supp. 3d 433, 440 (E.D.N.C. 2020) (ordering North Carolina Board of Elections to allow voters who are blind to opt into already accessible electronic platform used by North Carolina's military and overseas voters).

Voters in Indiana filed a similar case after the 2020 election season. See Complaint, Kersh v. Ind. Election Commission, No. 1:20-cv-03118, *12 (S.D. Ind. Dec. 3, 2020). Moreover, in response to a demand letter from disability rights advocates, Tennessee has begun offering accessible absentee ballots for people with print disabilities that will be available permanently. Tennessee Launches New Accessible Absentee Voting Process, Civil Rights Education Enforcement Center (July 21, 2000), https://creeclaw.org/absentee-ballots-now-accessible-to-all.

PAGE - 2
-----------------------------------------------------------------------------------
------------------------------------------------------

## II. Background

During the 2021 & 2022 Delaware Mass Tort BSA Election, and during a Global Covid-19 Pandemic. Disabled Scouting Survivors who are Blind, Deaf, and those with Print Disabilities were unable. To Cast Ballots Safely, Privately, and Independently in Person or by USPS Mail. Denying them The Rights guaranteed by Title II of Americans with Disabilities Act of 1990 ("ADA") and Section 504 of the Rehabilitation Act of 1973 ("Section 504"). The Undersigned Complainant, respectfully urge the Disability Rights Section to investigate Delaware, and California's compliance with Title II of the ADA and Section 504 with respect to its Absentee Ballot Voting Systems. Despite knowing what has been happening Delaware and California has refused, and continues to refuse. To remove barriers to Safe, Accessible Federal Mass Tort Creditor Class Voting for Voters who are Blind, Deaf or have Print Disabilities. In violation of Title II of the ADA6 and Section 504.7 In September 2019, the NFB of Alabama urged Secretary of State John Merrill to make the state's absentee ballot program accessible to voters who are Blind or have Print Disabilities.8The Boy Scouts Of America, Federal Court, Debtor's Counsel, Insurers, Local Councils, Charter Organizations, Educational, Church, Non-Profit, Ad-Hoc, Coalition, TCC, TCC Counsel, Omni Agent Solutions, Victim Attorneys & Firms...stand in open opposition and Violation of Federal ADA Laws, Regulations, Statutes, Code, Rules, Public Trust, and Human Decency. To inflict such additional Pain, Suffering, Calculated Discrimination, Intentional Distress, Criminal, Obvious, Bad Faith, Black Hearted, and Lack of Fairness. From many who receive "Federal Funding, Fees, and Public Donations." Need Immediate Investigation, Sanctions, ADA Fines, and Professional Disciplinary Actions.

3 42 U.S.C. § 12131 et seq.

7 29 U.S.C. § 794(a) et seq. Even after a federal district court enjoined these practices ahead of both the primary and general elections in 2020 as violating plaintiffs' rights under the U.S. Constitution, the Voting Rights Act of 1965, and Title II of the Americans with Disabilities Act, the state of Alabama continued to insist that they were necessary. Instead of removing barriers to safe and accessible voting for high-risk voters, the state defended the use of the provisions all the way to the U.S. Supreme Court.

8 The National Federation of the Blind has also advocated for accessible absentee voting in Alabama. In September 2019, NFB President Mark Riccobono wrote to Secretary of State Merrill to remind him of his obligation, as required by federal law and recent court decisions, to provide voters who are blind or have print disabilities an accessible way to privately and independently mark an absentee ballot. See https://nfb.org/images/nfb/publications/bm/bm20/bm2001/bm200107.htm.

9 Those states are Kentucky, Virginia, Illinois, Massachusetts, and New Hampshire.

PAGE - 3

1.   Accessible Absentee, Master Ballot, Solicitation, Noticing and Disclosures voting via electronically fillable ballots must be available. To Mass Tort Chapter 11 National and          Territorial Voters with Disabilities. USPS Mailed Ballots, Notices, Disclosures, and Applications were unreadable. As a DOJ Discrimination Hate Crime, the would be          considered "United States Postal Service Mail Fraud."

2.   Absentee (Voting Applications) must be accessible to Voters with Disabilities.

3.   Accessible Ballot (Marking Devices must be Available, Operable, and Ready to use for Federal Court Bankruptcy Elections.)

4.   Federal Bankruptcy Courts, Mass Tort Election Officials, Master Ballot Law Firms, including Solicitation Absentee Election CEO's, Tabulation Managers and their Staff, Registrars and their staff, and Poll Workers must have knowledge of how to Set Up, Use, and Maintain. Accessible Ballot Marking Devices for National & Territory Absentee Voting during Federal Bankruptcy Creditor Class Elections. Where the Blind and Disabled were unable to secure personal Voting Certification. Which paved the way, for Federal Bankruptcy Creditor Class Fraud Allegations.


Thank you for your time and consideration in this extremely troubling "Discriminatory Hate Crime Matter."

Most Respectfully,

Mr. Michael Cutler
Claimant
mrctlr@protonmail.com

**Eve Hill, Partner**
Brown, Goldstein & Levy
ehill@browngold.com

Barbara Manuel, President
National Federation of The Blind of Alabama
nfbal.president@gmail.com

**Mark Riccobono, President**
Valerie Yingling, Legal Program Coordinator
National Federation of the Blind
vyingling@nfb.org

**Caren E. Short**
Senior Supervising Attorney,
Voting Rights Southern Poverty Law Center
caren.short@splcenter.org

**William Van Der Pol,**
Senior Trial Counsel
**Madison Ard,**
Voting Rights Fellow
Alabama Disabilities Advocacy Program
wvanderpoljr@adap.ua.edu
mard@adap.ua.ed

-------------------------------------------------------

# EXHIBIT

# 1

"The Only Thing Necessary for the Triumph of Evil is that Good Men Do Nothing..."

## PRO-SE CLAIMANT/ CREDITORS PRELIMINARY CONCERNS & NOW NEEDED RELIEF

*Having recently survived the NM Mexico Wildfire Evacuation, and all that that involved.*
*The Monsoon Season has followed with a staggering amount of Rain, Mud, and Flooding.*

*Yet, I can't take any more time away, from addressing what has been happening in the BSA*
*Mass Tort Case. As "Victims of Sexual Abuse, Torture, Kidnapping Etc...Etc. Have had roughly*
*27 Months, at this Tragic BSA Chapter 11 Buffet. Puzzling over this "Last Mile," and did anything*
*actually get resolved for each victim? We think not...*

*The Obvious...Revictimization, and Exploitation have been of "Epic Proportions."*

*At any rate...several matters and misunderstandings still need to be addressed. in "The Constellation*
*of Factors Underlying the BSA Abuse of Thousands of Boy Scouts."*

*Clearly, BSA and the other Non-Filing Confederates. Have hardly missed a beat, keeping "The National*
*Headquarters lights on. The "Melting Ice Cube Hoax...Ticking Time Bomb Theory...Chapter 7 Lie & We Are*
*Broke*
*Joke. All...were used falsely. Most Victims know that "The System," has failed them.*

*We now know, we need several "Independent Investigations," to conclude among several other things:*

*-WHAT ACTUALLY HAPPENED?*
*-THE REAL BSA'S SYSTEM OF ABUSE?*
*-WHO KNEW WHAT WHEN AND WHAT WAS OR WAS NOT DONE IN RESPONSE?*
*-WHAT ARE THE CONTRIBUTING CULTURAL CONDITIONS?*
*-WHAT IS BSA GOVERNANCE STRUCTURE AND THE DISCONNECT BETWEEN ADOPTED POLICIES*
*AND EFFECTIVE ACTION?*
*-WHAT HAPPENED TO THE LOCAL, STATE, AND FEDERAL OVERSIGHT?*

*Thus, this Process of Discovery, Accountability, Justice, Reform, and Awarded Damages must continue.*

*As time is running short to process this material, as a Pro-Se Claimant. I will send it now...*

*Best Wishes & Regards To The Victims...BSA Gave All Victims A 2022 Award For Showing Up. (No Comment!)*

*Ahem.*

*Respectfully Submitted,*

*Michael Cutler*
*Pro-Se Claimant/Creditor & BSA/TCJC Victim*

In support of this Objection Motion, this Pro-Se Claimant Creditor respectfully state as follows:

## PRELIMINARY STATEMENT

The Confirmation Opinion issued on July 29, 2022 [D.I. 10136] with respect to the Third Modified Fifth Amended Plan. Is surely, and respectfully an important effort by Her Honor. **But still fails to focus squarely, on Scouting Victim's. Which was "The Driving Factor," to "Shop For The Delaware Chapter 11 "Get Out Of Jail & Accountability Venue."** The Outrageously Long Stay, without the Appointment of a Debtor Special Master, and the obvious need for The Boy Scouts of America, and its Delaware Token Shell Entity. Has been on "Public Display," **already spending in the (?) Ballpark of $400,000,000 on what for Scouting Victim's. ($400 Million +)**

The Boy Scout Estate Victim's Recovery Funds, have "Been Illegally Stolen,"and further "Blessing," & "Justifying This Federal Delaware Court Sanctioned Weak & Poorly Funded $3 Billion Scouting Sin Tax." For well known Pedophilia Atrocities & Crimes Against Children. BSA has spent years Preparing, and Prepackaging this "Colossal Fraud," and are actively "Showboating," and "Exploiting A Sitting Chief Federal Judge." Packaging "Her Honor," as a "Judge For Sale." Grandstanding with "Wall To Wall," Global Internet Publications & Public Relations Campaigns. That "Our Honorable Judge," is in "The Debtor's In Possession Pocket." Without a "Single Reprimand," "Official Sanction," "Restraining Order," or "Immediate BSA Website Content Removal Order."

We As Scouting Victim's Are Grieved, Further Harmed, Insulted, And Respectfully Demanding Relief.

The TCJC has been woefully, and shamefully negligent. In every regard as a Primary Charter Organization, American, Global, and United Nation's Representative. In its "Ministerial & Church Of Jesus Christ Proclamation." When "Thousands of Mormon Youth," are and have been Sexually & Criminally Tortured, Kidnapped, and Abused by "Men & Women of The TCJC." Victim's are repeatedly "Filtered, Hidden, and Legal Team Privilege & Taint Team Processed." Given a "Token Hush Money Payment," or "Legally Thumped Into Silence." It is "Un-Christian, Un-Godly, Un-Constitutional, and Un-American." This Century Old Practice of "Institutional Negligence," with regards to Institutional, Religious, and Civic Child Pedophilia. Is obscene, destructive, and an abomination to all that is "Sacred, Innocent, Precious & Holy."

The source of this "Devilry," and "Wickness Childhood Debauchery Pandemic," demands "Detailed & Harsh Judicial and Law Enforcement Action. Which has been tragically lacking, and must be fought until "Truth To Power," has been properly acted upon. The Childhood Victim's of "Past Institutional Crime, Cover-Up & Sin." Must be held to account. It is "Our Mission," and "Our Duty For All Generations To Come & Those That Have Previously Suffered." White & Case only "Sold Their Souls," for a "Reported $41,000,000" and counting "Legal Fee." If this is what "The Moral Ground Scouting Has Become?

The Boy Scouts of America and it's many "Legal Entities," need to be in "Receivership," immediately.

2

## JURISDICTION AND VENUE

3.     This Court tragically has jurisdiction to consider this Motion pursuant to 28
U.S.C. § 1334. As this "Entire Action," should (NOT) have been "Brought," to a
"Voluntary Delaware Bankruptcy Federal Court," "Under False Pretenses & Fabricated Court
Filings..." **(ad nauseam)**

using the *Amended Standing Order of Reference* from the United States District Court for the

District of Delaware, dated as of February 29, 2012. This is a core proceeding within the

meaning of 28 U.S.C. § 157(b)(2), and the Debtors confirm their consent, pursuant to rule

9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "Local Rules"), to the entry of a final

order or judgment by the Court in connection with this Motion if it is determined that the

Court, absent consent of the parties, cannot enter final orders or judgments in connection

herewith consistent with Article III of the United States Constitution. Venue is proper pursuant

to 28 U.S.C. §§ 1408 and 1409.

4.     The Debtors commenced these cases on February 18, 2020, and they continue to
operate their non-profit organization and manage their properties as debtors in possession pursuant
to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly
administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and rule 1015-1
of the Local Rules. The statutory and other bases for the relief requested herein are Bankruptcy
Rule 7052 and Civil Rule 52.

3

MY CANADIAN BORDER CROSSING ABDUCTION BY MY MORMON CLERGY & (TCJC) SCOUT LEADERS DURING OUR WEEK LONG TRIP TO BSA CAMP NAPI. I HAD NO DOCUMENTS, AND THEY HAD NO RIGHT OR PERMISSION TO TAKE MINOR MORMON CHILDREN TO CARDSTON ALBERTA CANADA.

BUT MORMON CLERGY DID...

I WAS HELD AGAINST MY WILL, FOR NEARLY A WEEK BY (TCJC/BSA LEADERS).



Visit Canada

# Minor children travelling to Canada

Children **under the age of 18** are considered minors in Canada. They must follow the same rules to enter Canada as any other visitor.

Minors who try to enter Canada without the proper documents, or who are with adults other than their parents or legal guardian(s), will be checked more closely.

Border services officers are on alert for children who need protection and check very carefully for missing or runaway children. They may question you about children who come with you to Canada or question a child who travels alone. Make sure you have the proper documents with you.

# Minor children entering Canada as a visitor

The documents a minor child needs to enter Canada depend on whether the child is travelling alone or with someone.

### If a minor child is travelling alone

The child should present


- their own passport
    - A parent's passport, even if the child's details are included in it, cannot be used.
- a copy of their birth certificate, and
- a letter of authorization, in English or French if possible, which is signed by both parents or by their legal guardian and includes
    - the parents' (or legal guardian's) address and telephone number, and
    - the name, address and telephone number of the adult who will look after the child in Canada

### If a minor child is travelling with one parent only

The parent should present

- the child's passport
- a copy of the child's birth certificate, and
- a letter of authorization, in English or French if possible, which is signed by the parent who is not travelling with them and includes
    - the address and telephone number of the parent who is not travelling, and

- a photocopy of that parent's signed passport or national identity card

## If the parents are separated or divorced and share custody of the child

- The parent travelling with the child should carry copies of the legal custody documents.
- It is also best to have a letter of authorization from the other parent who has custody to take the child on a trip out of the country.

## If the parents are separated or divorced and one of them has sole custody of the child

- The letter of authorization may be signed by that parent only, and they should bring a copy of the custody decree.

## If one of the child's parents is deceased

- The travelling parent should bring a copy of the death certificate.

## If a minor child is travelling with a legal guardian or adoptive parents

The child should have a copy of the guardianship papers or the adoption papers (whichever one applies).

## If a minor child is travelling with a person other than their parents or legal guardian

The adult who is not the parent or legal guardian of the child should have written permission from the parents or guardians to supervise the child. The permission letter should include addresses and telephone numbers where the parents or legal guardian can be reached.

The letter does not need to be certified. A photocopy of the parents' or legal guardian's signed passports or national identity cards should be attached to the letter.

**Note:** The border services officer may not ask to see these documents when the child enters Canada. However, it is strongly recommended you bring them, in case that you are. The minor child will not be admitted to Canada if the officer is not convinced that the parents or legal guardian have authorized their stay.

Saint Mary Lake, Montana 59417

Cardston, Alberta, Canada



**45 min** (39.3 mi) via US-89 N and AB-2 N



# Chartered Organizations and the Boy Scouts of America

F A C T

S H E E T

## Overview of Chartered Organizations

- Civic, faith-based, and educational organizations operate Scouting units to deliver the programs to their youth members, as well as the community at large.
- Over 100,000 Scouting units are owned and operated by chartered organizations. Of these:
  - 71.5 percent of all units are chartered to faith-based organizations.
  - 21.3 percent of all units are chartered to civic organizations.
  - 7.2 percent of all units are chartered to educational organizations.
- Responsibilities of chartered organizations include:
  - Providing adequate meeting facilities.
  - Providing quality leadership for the Scouting unit.
  - Appointing a chartered organization representative to coordinate all Scouting unit operations within the organization.

## Faith-Based Chartered Organizations

The 25 faith-based organizations with the largest Scouting youth membership (Source: *2013 Boy Scouts of America Local Council Index*, using December 31, 2013, membership data):

| Name of Organization | Total Units | Total Youth |
|---|---|---|
| The Church of Jesus Christ of Latter-day Saints* | 37,933 | 437,160 |
| United Methodist Church* | 10,703 | 349,614 |
| Catholic Church* | 8,131 | 259,297 |
| Presbyterian Church* | 3,520 | 119,879 |
| Lutheran Church* | 3,728 | 111,483 |
| Baptist Churches* | 3,532 | 91,526 |
| Episcopal Church* | 1,180 | 41,340 |
| United Church of Christ, Congregational Church | 1,154 | 36,194 |
| Community Churches | 1,009 | 30,114 |
| Christian Church (Disciples of Christ) | 1,083 | 30,113 |
| Church of Christ* | 495 | 13,559 |
| Evangelical/independent churches | 299 | 7,740 |
| Church of God | 207 | 4,354 |
| Reformed Church in America | 124 | 3,921 |
| Church of the Nazarene | 154 | 3,841 |

Boy Scouts of America
Research & Program Innovation
1325 W. Walnut Hill Lane
Irving, TX 75038
research.team@scouting.org



# THE BATES WHITE MASSIVE VICTIM OF BOY SCOUTS ABUSE METHODOLOGY FLAW, FRAUD, DECEPTION, AND MASSIVE HIPAA MEDICAL FILE VIOLATIONS OF BSA VICTIMS AMERICAN CIVIL RIGHTS.

# Summary of Bates White's Methodological Flaws

- In order to develop its Benchmark valuation of $5.8B, Bates White erroneously:

  › Placed $0 value on over 30,000 BSA Sexual Abuse Claims falling outside of the statutes of limitation, despite substantial evidence that such claims have value, resulting in a reduced aggregate valuation[1]

  › Rejected the use of historical settlement averages as a proper benchmark for future claim values without providing sufficient support to do so, resulting in a reduced aggregate valuation

  › Employed inconsistent methodology for placing benchmark claim values on allegation groupings (Penetration, Other Sex Acts, Other Touching), resulting in a reduced aggregate valuation

  › Failed to adjust historical BSA settlements to account for inflation in order to develop benchmark claim values for BSA Sexual Abuse Claims, resulting in a reduced aggregate valuation

  › Applied a duplicate discount to BSA Sexual Abuse Claims that identified other relationships with abuser, resulting in a reduced aggregate valuation

**The Bates White Benchmark valuation of $5.8B employs faulty assumptions, places no value on a majority of the claims without adequate support, and is unreliable.**

[1] The total number of claims considered time-barred by Bates White is 53,988, however 31,215 of those named their abuser and would otherwise have been valued by Bates White except for its treatment of claims falling outside of the statutes of limitation.



the
Claro
group

**Confidential Pursuant to Protective Order**

5



# Boy Scouts Victims Committee Says Claims Worth $103 Billion...

## The official committee representing child sex-abuse victims in the Boy Scouts of America bankruptcy is seeking permission to file its own reorganization plan.

By Associated Press

April 5, 2021, at 4:34 p.m.

By RANDALL CHASE, Associated Press

DOVER, Del. (AP) — The official committee representing child sex abuse victims in the Boy Scouts of America bankruptcy is asking a judge for permission to file its own reorganization plan, saying the plan proposed by the BSA falls woefully short of fairly compensating abuse victims while shielding local Boy Scouts councils and sponsoring organizations from liability.

The official tort claimants committee filed a motion late last week objecting to the BSA's request for the court to extend the period in which the Boy Scouts have exclusive rights to file and solicit votes on a reorganization plan.

The BSA's plan proposes a $300 million contribution by local councils to a fund for victims, about $115 million in cash and noninsurance assets from the BSA, and the assignment of BSA and local council insurance policies. In return, the 253 local councils and thousands of sponsoring organizations would be released from further liability.

The committee noted in its court filing that it had made a settlement offer to the Boy Scouts estimating the value of the roughly 84,000 sexual abuse claims filed in the bankruptcy at about $103 billion, adding that those estimates were "extremely conservative."

The committee noted that its estimate counts each claim as a single act of abuse, even though a substantial number of victims were abused repeatedly and in different ways over several years. The committee also noted that its average claim value of $811,215 is less than the average of $1.2 million per claim that the University of Southern California agreed to pay last month in an $852 million settlement with more than 700 women who accused the college's longtime campus gynecologist of sexual abuse.

The committee's objection to the BSA's exclusivity motion coincided with the final day of a three-day mediation session in which attorneys for the Boy Scouts sought to gain support for their plan from creditors, insurers and other parties.

The mediation session followed Judge Laurie Selber Silverstein's rejection of the BSA's request for an April 15 hearing to approve the disclosure statement outlining its reorganization plan. Silverstein, who instead will hold a status conference next Monday, expressed frustration about the lack of progress in the case and said BSA attorneys had not provided "some very necessary information and documents" for a disclosure hearing.

Attorneys for the victims committee also have expressed frustration about the lack of details in BSA's plan, which has been roundly criticized by attorneys representing abuse victims.

Committee attorneys said they should be permitted to file a plan that allows the debtors to reorganize "without

# EXHIBIT

# 2

EXHIBIT - 2

THE 3-PANEL COURT APPOINTED MEDIATORS WERE
CORRUPTED & TAINTED BY SELF-INTEREST...THEN NEVER
PROPERLY VETTED AND REPLACED. A SETTLEMENT THIS
IMPORTANT DESERVES A FULL-PANEL OF DIFFERENT
VIEWS.

# EXHIBIT

# 3

UNMEASURABLE DAMAGE HAS BEEN DONE TO SCOUTING
ABUSE VICTIMS, BY LOSING U.S. TRUSTEE DAVID L.
BUCHBINDER AT THE 12 O'CLOCK HOUR OF THIS CASE TO
RETIREMENT. WHICH NO ONE EVEN MENTIONED, AND
APPARENTLY HE HAD BEEN RETIRED FOR A MONTH.

THIS IS SIMPLY OUTRAGEOUS ON THE PART OF THE
DEPARTMENT OF JUSTICE (D.O.J.) AND DEMANDS AN
INVESTIGATION.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

*In re*:

          :   Chapter 11

   BOY SCOUTS OF AMERICA      :
   AND DELAWARE BSA, LLC[1]     :

          :   Case No. 20-10343 (LSS)

          :

     Debtors.        :   (Jointly Administered)

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that undersigned counsel, with the address and contact

information listed below, should be substituted for David L. Buchbinder, Esq. as counsel of

record for the United States Trustee for Region 3 in the above-captioned case, and should be

added to all service lists, including the Court's electronic notification list, in the above-captioned

case:

> Timothy J. Fox, Jr., Esq.
> Office of the United States Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Suite 2207, Lockbox 35
> Wilmington, DE 19801
> Telephone: (302) 573-6491
> Email: Timothy.Fox@usdoj.gov

> Respectfully submitted,

> **ANDREW R. VARA**
> **UNITED STATES TRUSTEE**
> **Region 3**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors'
mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT

# 4

EXHIBIT - 4

THE PENALTIES THAT MUST SURELY COME TO THOSE,
PARTICIPATING IN THE FREE-FOR-ALL WITH SCOUTING
ABUSE VICTIM MEDICAL RECORDS DISTRIBUTION.

HEAVY FINES FOR THESE HIPAA VIOLATIONS IN THIS CASE
ARE WARRANTED. THE HIPAA MATTER IS UNDER
INVESTIGATION NOW. WE HAD A VICTIM CONTRACT, THAT
OUR PRIVATE MATTERS WOULD BE KEPT PRIVATE.

THEY WERE NOT! THUS, THE CONFIRMATION OPINION HAS
BE DEEPLY DAMAGED. BY SUCH LOOSE ATTENTION, TO
HEALTH CARE PRIVACY LAWS. THOSE INJURIES ARE REAL.

# Penalties



$1,000-$50,000 per incident up to $1.5 Million

$10,000-$50,000 per incident up to $1.5 Million

$100-$50,000 per incident up to $1.5 Million

$50,000 per incident up to $1.5 Million

**Second Tier**
The covered entity "knew, or by exercising reasonable diligence would have known" of the violation, though they did not act with willful neglect.

**Third Tier**
The covered entity "acted with willful neglect" and corrected the problem within a 30-day time period.

**First Tier**
The covered entity did not know and could not reasonably have known of the breach.

**Four Tier**
The covered entity "acted with willful neglect" and failed to make a timely correction.

**HIPAA Violation Penalty Tiers**



855.85HIPAA
www.compliancygroup.com



# HIPAA COMPLIANCE CHECKLIST FOR IT TEAMS

## TECHNICAL SAFEGUARDS

- ACCESS CONTROL
- AUDIT CONTROL
- INTEGRITY CONTROL
- TRANSMISSION CONTROL

## ADMINISTRATIVE SAFEGUARDS

- RISK MANAGEMENT
- SECURITY PERSONNEL
- INFORMATION MANAGEMENT
- SECURITY AWARENESS TRAINING
- PERIODIC ASSESSMENTS

## PHYSICAL SAFEGUARDS

- FACILITY ACCESS
- DEVICE ACCESS

CHARLE



# Sexual Abuse Claims in Boy Scouts Bankruptcy

**Regardless of how old you are today or when the sexual abuse occurred, you need to file your claim by 5 p.m. (Eastern Time) on November 16, 2020.**

The Boy Scouts of America ("BSA") has filed bankruptcy in order to restructure its nonprofit organization and pay Sexual Abuse Survivors. Please read this notice carefully as it may impact your rights against BSA, BSA Local Councils and organizations that sponsored your troop or pack and provides information about the case, *In re Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (Bankr. D. Del.). This notice is a short summary. For more detail, visit www.OfficialBSAClaims.com or call 1-866-907-2721.

## Who Should File a Sexual Abuse Claim?

**Anyone who was sexually abused during their time in Scouting, on or before February 18, 2020, must file a claim.** This includes sexual abuse in connection with Boy Scouts, Cub Scouts, or any entity or activity associated with Scouting. Sexual Abuse Claims include, but are not limited to: sexual misconduct, exploitation, or touching, sexual comments about a person or other behaviors that led to abuse, even if the behavior was not sexual or against the law, and regardless of whether you thought the behavior was sexual abuse or not. These acts could be between a: (1) child and an adult or (2) child and another child.

## When and How Should I File a Sexual Abuse Claim?

You should file a claim using the Sexual Abuse Survivor Proof of Claim by **November 16, 2020** at **5:00 p.m. (Eastern Time)**. **If you do not file a timely Sexual Abuse Claim, you may lose rights against BSA, BSA Local Councils or organizations that sponsored your troop or pack, including any right to compensation.** Only BSA is in bankruptcy. If you have a claim against the BSA Local Councils or other organizations, you must take additional legal action to preserve and pursue your rights.

<u>**Your information will be kept private.**</u> You can download and file a claim at www.OfficialBSAclaims. com or call 1-866-907-2721 for help on how to file a claim by mail. Scouting participants who were at least 18 years of age at the time the sexual abuse began may also have claims related to sexual abuse and should consult the appropriate claim form at www.OfficialBSAclaims.com.

## ACT NOW Before Time Runs Out:

  

| File a Sexual Abuse Survivor Proof of Claim. | If your claim is approved, you may receive compensation from the bankruptcy. | Have questions? Call or visit the website for more information. |

**If a plan to reorganize BSA is approved, it could release claims you hold against certain third parties, including against BSA Local Councils and organizations that sponsored your troop or pack.** Please visit the website to learn more.

## Other Support

BSA will fund in-person counseling for current or former Scouts or their family. To request in-person counseling, please call 1-866-907-2721 or email restructuring@scouting.org.

<u>**Your information will be kept private.**</u>

**www.OfficialBSAclaims.com     1-866-907-2721**

## URGENT HIPAA DATA BREACH...Please Help! 117,000 Total Claims Involved.

From   mrctlr@protonmail.com <mrctlr@protonmail.com>

To      OCRComplaint@hhs.gov

Date   Friday, April 8th, 2022 at 10:18 PM

*Greetings HHS HIPAA Complaint Executives,*

*We have a very serious problem in "The Delaware Federal "MASS TORT," Bankruptcy Courthouse. The Judge Declared... that she didn't know how to "Protect Claimants Private Claims & Privacy."*

*Which has led to what amounts to "Opening Up A Down Feather Pillow...In High Winds." The feathers go everywhere. Which is exactly what happened to Our "Very Private Pain, Horrific Details, Medical, Psych & Crime."*

*Sadly, so much of the Breach, Betrayal & Leaking was done for "Litigation Advantage," by White & Case. So they could simply "Win Their Case." They sent "Scouting Claim Details" everywhere, Put nearly 117,000 Claims, out into "The Open Air." With 3rd Party Federal Contractors, Over 70 Law Firms, Media & Report Creators.*

*The "Massive Data Dump," went to nearly 70 Different Global Countries & 50 State. Covid-19 Employees worked from Home. It was and is 'Willful Misconduct, Bad Faith, Real Stupidity, Institutional Liability etc...).*

*Please Hurry! This will not and cannot stand.*

*Best Wishes & Regards,*
*Michael Cutler*
*mrctlr@protonmail.com*
*Ph. 913-209-5056*

======================================

## U.S. Bankruptcy Court
## District of Delaware (Delaware)
## Bankruptcy Petition #: 20-10343-LSS

## Assigned to: Laurie Selber Silverstein
## Chapter 11
## Voluntary
## Asset

## Date filed:   02/18/2020

**Debtor**
**Boy Scouts of America**
**1325 West Walnut Hill Lane**
**Irving, TX 75038**
**DALLAS-TX**
**Tax ID / EIN: 22-1576300**
**aka BSA**

Represented by Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Fax : 302-658-3989

## Automatic reply: URGENT HIPAA DATA BREACH...Please Help! 117,000 Total Claims Involved.

From  OCR Mail <OCRMail@hhs.gov>

To  mrctlr@protonmail.com

Date  Friday, April 8th, 2022 at 10:20 PM

Thank you for contacting the U.S. Department of Health and Human Services, Office for Civil Rights (OCR).  OCR enforces federal civil rights laws which prohibit discrimination in the delivery of health and human services based on race, color, national origin, disability, age, sex, religion, and the exercise of conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

We are in the process of reviewing your correspondence.  We will complete our initial review as quickly as possible.

For information about OCR's authorities and COVID-19, please visit: https://www.hhs.gov/ocr/index.html.

If you have general questions about the novel coronavirus, COVID-19, please go to the Centers for Disease Control website at https://www.cdc.gov.

For additional information about OCR, including the complaint review process, and our HIPAA, civil rights, and conscience and religious freedom regulations, please see the following links:

https://www.hhs.gov/ocr/complaints/index.html
https://www.hhs.gov/hipaa/index.html
https://www.hhs.gov/civil-rights/index.html
https://www.hhs.gov/conscience/index.html

If you have any additional questions or need a reasonable accommodation, please contact OCR's Customer Response Center at 1-800-368-1019, Monday through Friday, 8:00 am to 6:00 pm, ET.

### Please do not reply to this email. Thank you.

NOTE: This e-mail may contain sensitive and/or privileged information. If you are not the intended recipient, please notify the sender immediately and destroy this e-mail. Please be advised that communication by unencrypted email presents a risk of disclosure of the transmitted information to, or interception by, unintended third parties. Your use of email to communicate Protected Health Information or other Personally Identifiable Information with the Office for Civil Rights indicates that you acknowledge and accept the possible risks associated with such communication. If you do not wish to have your information sent by email, please contact the sender immediately.

| English | If you speak a non-English language, call 1-800–368–1019 (TTY: 1-800-537-7697), and you will be connected to an interpreter who will assist you with this document at no cost. |
| Español - Spanish | Si usted habla español marque 1-800-368-1019 (o a la línea de teléfono por texto TTY 1-800-537-7697) y su llamada será conectada con un intérprete que le asistirá con este documento sin costo alguno. |
| 中文 - Chinese | 如果你讲中文，请拨打1-800-368-1019（打字电话：1-800-537-7697），你将被连接到一位讲同语种的翻译员为你提供免费服务。 |
| Tiếng Việt - Vietnamese | Nếu bạn nói tiếng Việt, xin gọi 1-800-368-1019 (TTY: 1-800-537-7697), và bạn sẽ được kết nối với một thông dịch viên, người này sẽ hỗ trợ bạn với tài liệu này miễn phí. |
| 한국어 - Korean | 한국어를 하시면 1-800-368-1019 (청각 장애용: 1-800-537-7697) 로 연락 주세요. 통역관과 연결해서 당신의 서류를 무료로 도와 드리겠습니다. |
| Tagalog (Filipino) | Kung ikaw ay nagsasalita nang Tagalog, tumawag sa 1-800-368-1019 (TTY: 1-800-537-7697) para makonek sa tagapagsalin na tutulong sa iyo sa dokumentong ito na walang bayad. |
| Русский - Russian | Если вы говорите по- русски, наберите 1-800-368-1019. Для клиентов с ограниченными слуховыми и речевыми возможностями: 1-800-537-7697), и вас соединят с русскоговорящим переводчиком, который вам поможет с этим документом безвозмездно. |

# EXHIBIT

# 5

EXHIBIT - 5

THE BOY SCOUTS OF AMERICA EXECUTIVE
MANAGEMENT, HAVE PROVEN TIME AND TIME AGAIN.
THE WILL LIE TO "THE WORLD OF SCOUTING, AND THE
AMERICAN PEOPLE."

**BOY SCOUTS OF AMERICA**

# An Open Letter to Victims from the Boy Scouts of America

## Any incident of child abuse is one too many.

As a father, a former Scout, and the National Chair of the Boy Scouts of America, I am truly heartbroken that you were harmed during your time in Scouting and that you carry unfathomable pain.

I am outraged that individuals took advantage of our programs to commit these heinous acts.

I am also outraged that there were times when volunteers and employees ignored our procedures or forgave transgressions that are unforgivable. In some cases, this led to tragic acts of abuse. While those instances were limited, they mean we didn't do enough to protect the children in our care – to protect *you*.

**On behalf of myself and the entire Scouting community: I am sorry. I am devastated that there were times in the past when we failed the very children we were supposed to protect.**

Please know we have worked consistently over many years to implement multilayered policies to keep kids safe. As knowledge on child sexual abuse prevention has advanced, so have our expert-informed policies, including mandatory background checks and trainings, a ban on one-on-one interactions between youth and adults, and mandatory reporting of any suspicion of abuse to law enforcement. Today, we believe the BSA's youth safety measures are the strongest and most effective policies found in any youth-serving organization.

I regret that these measures weren't always in place or weren't always enough. The fact is that predators harmed innocent children in Scouting programs, and for this I am deeply sorry.

The BSA cannot undo what happened to you, but we are committed to supporting you and to doing everything in our power to prevent it from happening to others. It is a social and moral responsibility that I and the entire organization take extremely seriously. We believe that all victims should receive our support and compensation – and we have taken decisive action to make that possible.

**Specifically, the national organization of the Boy Scouts of America has initiated a voluntary financial restructuring to ensure we can equitably compensate all victims of past abuse in our programs, through a proposed Victim's Compensation Trust.**

**I encourage you, and all victims to come forward and file claims so you can receive compensation from this Trust. We will provide clear notices about how to do so.**

I want you to know that *we believe you, we believe in compensating you*, and *we have programs in place to pay for counseling for you and your family* by a provider of your choice.

We have also partnered with 1in6, a trusted national resource for male survivors, to expand their services so that you are able to anonymously access vital support from trained advocates when and how you need it. You can access these services at **www.1in6.org/BSA**.

The abuse you suffered weighs on us all every day. But your courage also motivates us to do more for the children we are entrusted to protect. We will do better – for you, for kids today, and for kids tomorrow.

Yours in Scouting,
Jim Turley, National Chair, Boy Scouts of America

*If you are a survivor of abuse, you should immediately contact the police to report the abuse.*
*We encourage all victims and anyone with information about suspected abuse to also reach out to*
*our 24/7 Scouts First Helpline at 1-844-Scouts1 for immediate assistance.*

*For more on what the BSA is doing to keep kids safe, please visit: www.Scouting.org/YouthSafety.*



**BOY SCOUTS OF AMERICA**
NATIONAL COUNCIL

## Tips for Discussing the BSA's Restructuring with Youth

*Youth in our programs may have questions about the Boy Scouts of America's financial restructuring and what it means for their Scouting experience. Below are some tips on how to answer likely questions.*

### Tips for Speaking with Younger Children:
*NOTE: In conversations with youth, "BSA" may be replaced with the specific program, pack or troop the child knows for clarity.*

- Clearly state that <u>meetings and activities, district and council events, other Scouting adventures and countless service projects they enjoy will continue as planned.</u>
    - o Reassure them that the BSA "has enough money" to keep these programs going.

- Remind youth that <u>a Scout is always prepared</u> and tell them that the senior leaders at the BSA ("head Scouting leaders") are trying to set a good example. Explain that:
    - o The BSA owes money to some people and needs to make a plan to be sure everyone gets paid.
    - o There are special laws ("rules") to help organizations ("groups") like the BSA make sure the plan is fair.
    - o The BSA is following these laws ("rules") and making its plan.
    - o You don't need to be worried.
    - o The BSA is a big group, and the part you're in is going to keep doing the same fun things.
    - o *If asked why people are saying other things, let youth know that some people who don't really understand these laws ("rules") are worried, but there's nothing to be worried about. A Scout is always prepared, and the BSA is well-prepared.*

- Let youth steer the conversation about the reasons for the Chapter 11 bankruptcy. Be open in addressing their questions but first listen to what they're really asking. Meet them where they are and use it as a teachable moment. For example:
    - o <u>If they ask why the BSA is in trouble, restructuring or filing for bankruptcy:</u> Use the above language to explain that the BSA is using the restructuring to make a plan to pay people who are owed money.
    - o <u>If they ask why the BSA owes people so much money:</u> "A long time ago, some kids got hurt because certain grown-ups didn't follow the rules that keep Scouts safe. These grown-ups weren't part of your pack/unit and don't do anything with BSA anymore, but the BSA is very sorry that this ever happened. The money will be used to help the people who got hurt."
    - o <u>If they ask about abuse in Scouting:</u> "It mostly happened a long time ago and there are a lot more rules to keep kids safe today, but before the BSA had these rules, there were some times when bad people touched kids where they shouldn't or did other things they should not have done. Those kids are adults now. They are being asked to talk about what happened so the BSA can try to help them. It's important that you always tell a grown-up if you think someone is being hurt in any way."

- Reinforce that Scouting is safer than ever before. You can point to the following policies and programs that help protect them:

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.**






**BOY SCOUTS OF AMERICA**
NATIONAL COUNCIL

- o   All of your leaders have to answer lots of questions before they're allowed to be a part of Scouting, and the BSA uses their answers to be sure it's ok for them to be around kids.
- o   If the BSA even thinks a grown-up may have done something bad, that grown-up will not be allowed to be in Scouting.
- o   There are lots of rules to keep you safe in Scouting. For example, there should always be two adults that have been taught our rules at any BSA meeting or activity, and you should never be alone with a grown-up who isn't your parent or guardian. If these rules aren't being followed, you should tell me or another grown-up right away.
- o   Grown-ups and kids have to keep learning about safety all the time in BSA programs. One key thing everyone has to know is how to tell someone if rules aren't being followed. Do you promise to tell a grown-up if you see anyone not following the rules?

- Emphasize that you think Scouting is a great place to be and get them excited for their upcoming adventures! At the end of the day, while their safety is our top priority, they're in Scouting to have fun.

***Additional Resource:*** *To assist in having difficult conversations with children about abuse, you can utilize the* "Protect Yourself Rules" *Preview Adventure, which was developed to help parents in educating and empowering personal safety awareness in younger children.*

### FAQ to Help Explain the Financial Restructuring to Older Youth:
*NOTE: In conversations with youth, "BSA" may be replaced with the specific program the youth knows for clarity.*

#### I heard that the BSA filed for bankruptcy. Is that true?
- As you know, a Scout is always prepared. The BSA is preparing for its future by creating a new financial plan that ensures Scouting continues for decades to come.
  - o   Scouting – and all the programs you love – will continue as usual.
- You may hear people talk about a financial restructuring, a Chapter 11 filing or a bankruptcy. These terms describe the process the BSA is using to get to a plan that's fair for everyone involved.
- Some of what you hear may sound scary. (It can be scary for adults who don't understand the process, too.) But the BSA has a team of experts who understand the process really well. They're going to ensure this financial restructuring is a good thing for everyone.

#### What does this mean for me and other Scouts?
- All BSA programs will go on just like they did yesterday, the day before that and even last year. As a member, you probably won't even know that a new financial plan is being developed unless you hear people talking about it.
- Your normal meetings – and all the activities you've been looking forward to – will continue.

#### Is the money I've raised by selling popcorn and participating in other fundraisers still there?
- Yes, the BSA is committed to making sure that the money you worked hard to raise is used to support your local Scouting experience.

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.**






**BOY SCOUTS OF AMERICA**
NATIONAL COUNCIL

### Why is the BSA restructuring?

- Unfortunately, there were times in BSA's history when bad leaders used their positions in Scouting to hurt children.
- The BSA is very sorry – and very angry – this happened.
- The restructuring is one way the BSA is trying to help those who were hurt. It creates a pool of money (kind of like a new bank account) for the past victims and creates a process that aims to divide the money equitably among them.

### What happened to the victims?

- It wasn't the same for all victims, but it was all wrong and hurtful.
- There are stronger barriers that help prevent these things from happening now, but if you think someone isn't following the rules, you need to report what you see or hear right away. It is very important for everyone's safety that you tell a trusted adult.

### Is Scouting safe? Could the abuse happen again today?

- Scouting is safer than ever before.
- Many years ago, the BSA adopted some of the strongest rules found in any youth-serving organization.
- For example:
  - All of your leaders have to answer questions before they're allowed to be a part of Scouting, and the BSA uses their answers to be sure it's ok for them to be around youth.
  - If the BSA even thinks an adult may have done something that would make them a bad role model, that adult would not be allowed to be a part of Scouting.
  - There are lots of rules to keep you safe in BSA programs. For example, there should always be two adults that have been taught our rules at any BSA meeting or activity, and you should never be alone with an adult who isn't your parent or guardian. If these rules aren't being followed, you should tell an adult right away.
  - Adults and youth members have to keep learning about safety. One key thing everyone has to know is that you should speak up if you think someone is doing something wrong.

***Additional Resource:*** *"How to Protect Your Children From Child Abuse: A Parent's Guide,"* which is available in the Scouts BSA handbook.

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.**




The Boy Scouts of America believes our organization has a social and moral responsibility to equitably compensate all victims who were abused during their time in Scouting.



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

May 28, 2019

The Honorable Jackie Speier
U.S. House of Representatives
Washington, D.C. 20515

Dear Representative Speier,

I write in response to your May 23, 2019 letter, and to address my response to your earlier
November 20, 2018 letter, both of which concerned the handling of sexual abuse allegations
by Boy Scouts of America ("BSA") throughout its history.

I have been involved with BSA practically my entire life, and I've served as a BSA professional
employee for almost my entire professional career. I have the highest respect for this
organization and the vital role that it plays in American life. When I sent my response to your
November 20, 2018 letter, I believed in good faith, and with deeply felt conviction, that BSA
would never have knowingly allowed a sexual predator to work with youth. I told you that in
my response. Since then, I have learned that my response was incorrect. I have reviewed
information that now makes clear to me that decades ago BSA did, in at least some instances,
allow individuals to return to Scouting even after credible accusations of sexual abuse. I am
devastated that this ever occurred. On behalf of BSA, I sincerely apologize to the individuals
affected by this practice.

BSA has taken significant steps over many years to ensure that we respond aggressively and
effectively to reports of sexual abuse, as described in my prior letter to you. For example, in
the 1980s, BSA created a Youth Protection Task Force and issued its first Youth Protection
Guidelines. In 1991, BSA prohibited one-on-one adult and youth activities. In 2003, BSA
began supplementing its screening process by conducting computerized criminal background
checks on all new adult volunteer applicants. In 2011, we created a hotline, ScoutHelp, to take
calls from those calling to report having been a victim of abuse while registered in Scouting.

We believe that today we have a robust set of policies and practices to help ensure a safe
environment for Scouts, ranging from mandatory training programs to incident reporting
systems. But we understand that we must provide transparency regarding BSA's past practices,
including those instances in which we did not immediately and permanently remove
individuals who had engaged in sexual abuse from access to youth.

Nothing is more important than our obligation to Scouts and their parents to provide a safe
environment for Scouting. I personally take this matter extremely seriously, and I speak for
BSA in assuring you that we fully appreciate the gravity of the issues you have raised. BSA's
National Executive Committee ("NEC") has retained Covington & Burling LLP as outside
counsel to assist the NEC in reviewing available information concerning past and present BSA

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org



Prepared. For Life.®





**BOY SCOUTS OF AMERICA**
NATIONAL COUNCIL

practices regarding sexual abuse, in order to facilitate a timely, complete, and accurate response to your inquiry. I wholeheartedly support this decision. Covington will report directly to the non-executive members of the NEC. They have instructed Covington to contact your staff immediately to facilitate a response to the questions posed in your May 23, 2019 letter and any other questions that you may have.

Sincerely,

Michael B. Surbaugh
Chief Scout Executive

cc: The Honorable Judy Chu
The Honorable David N. Cicilline
The Honorable Debbie Dingell
The Honorable Anna G. Eshoo
The Honorable Alcee L. Hastings
The Honorable Ann Kirkpatrick
The Honorable Doris Matsui
The Honorable Gwen Moore
The Honorable Lucille Roybal-Allard
The Honorable Bobby Rush
The Honorable Dina Titus

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.®**






**Washington ☆ Examiner**

Member Log InLog In | Subscribe Now

☰

✗

Q

# Boy Scouts admit letting sex predators return to scouting, misleading Congress

by Paul Bedard, Washington Secrets Columnist | ✉ | June 04, 2019 02:28 PM

Despite an earlier denial to Congress, the Boy Scouts of America have now admitted that sexual predators were allowed to return to scouting "decades ago" even after "credible accusations of sexual abuse."

In a new letter to Congress, Michael B. Surbaugh, chief Scout executive, said he was "incorrect" in an earlier letter denying that leaders suspected of abuse were allowed to return to scouting.

"When I sent my response to your November 20, 2018 letter, I believed in good faith, and with deeply felt conviction, that BSA would never have knowingly allowed a sexual predator to work with youth," he wrote in a May 28 letter to California Democratic Rep. Jackie Speier, D-Calif., who is leading a probe into Boy Scout abuse claims.

Since then, however, Boy Scouts records dating back 100 years were released and showed that 12,254 children were allegedly abused by 7,819 Scout leaders.

In his new letter, Surbaugh acknowledged that report.

"Since then, I have learned that my response was incorrect," he wrote in the letter provided to Secrets and confirmed by the Boy Scouts of America. It is shown below.

"I have reviewed information that now makes clear to me that decades ago BSA did, in at least some instances, allow individuals to return to Scouting even after credible accusations of sexual abuse. I am devastated that this ever occurred. On behalf of BSA, I sincerely apologize to the individuals affected by this practice," added Surbaugh.

He also said that the Scouts are taking the issue seriously and has hired a law firm to help sort through the charges.

"Nothing is more important than our obligation to Scouts and their parents to provide a safe environment for Scouting. I personally take this matter extremely seriously, and I speak for BSA in assuring you that we fully appreciate the gravity of the issues you have raised," he wrote to Speier.

In a separate statement to Secrets, the Scouts said, "First and foremost, we care deeply about all victims of abuse and sincerely apologize to anyone who was harmed during their time in Scouting. We are outraged that there have been times when individuals took advantage of our programs to abuse innocent children. We believe victims, we support them, we pay for counseling by a provider of their choice, and we encourage them to come forward. It is BSA policy that all incidents of suspected abuse are reported to law enforcement."

It added, "We remove individuals from Scouting based on any allegation of abuse. We steadfastly believe that one incident of abuse is one too many,

abuse. This is precisely why we fully support and advocate for the creation of a national registry overseen by a governmental entity, similar to the national sex offender registry, of those who are suspected of abuse or inappropriate behavior with a child, thereby allowing all youth-serving organizations to share and access such information. We call upon Congress and other youth-serving organizations to support this initiative."

Critics of the Scouts, and victims of alleged sex abuse, are comparing the crisis to the Catholic Church's abuse scandal.

The organization is also following the church's campaign to lobby against efforts in states to make suing the Boy Scouts of America easier, according to reports.

Speier and other lawmakers have accused the Boy Scouts of America of not being transparent about the abuse cases or its effort to protect children and Surbaugh made sure to address that in his letter.

"We believe that today we have a robust set of policies and practices to help ensure a safe environment for Scouts, ranging from mandatory training programs to incident reporting systems. But we understand that we must provide transparency regarding BSA's past practices, including those instances in which we did not immediately and permanently remove individuals who had engaged in sexual abuse from access to youth," he wrote.

---

**Just In...**

IEA announces coordinated release of 60M barrels of oil to buttress US effort

Stay silent or double down: What Hunter Biden intel letter signees are doing now

A UN mandate should provide troops to protect Kyiv and Odessa

'Butcher of Bucha' unmasked by volunteer Ukraine group

Arizona Supreme Court strikes down GOP push to end early voting

# EXHIBIT

# 6

EXHIBIT - 6

THE PROFESSIONAL GRIFTERS IN THIS CHAPTER 11,
SHOULD BE ASHAMED OF THE $400,000,000 UNITED
FINANCIAL ASSAULT ON THE VICTIM'S RIGHTFUL
SETTLEMENT ESTATE.

HENCE, PROFESSIONAL CONDUCT...MALPRACTICE,
INSPECTOR GENERAL, AND BAR ASSOCITATIONS MUST
NOW BE FULLY ENGAGED TO RIGHT THE WRONG.

# Bankruptcy Grifters

*131 Yale L. J. 1154 (2022)*
*University of Georgia School of Law Legal Studies Research Paper No. 2021-06*

63 Pages
Posted: 10 Apr 2021
Last revised: 18 Mar 2022

Lindsey Simon
University of Georgia School of Law

Date Written: April 1, 2021

## Abstract

Grifters take advantage of situations, latching on to others for benefits they do not deserve. Bankruptcy has many desirable benefits, especially for mass-tort defendants. Bankruptcy provides a centralized proceeding for resolving claims and a forum of last resort for many companies to aggregate and resolve mass-tort liability. For the debtor-defendant, this makes sense. A bankruptcy court's tremendous power represents a well-considered balance between debtors who have a limited amount of money and many claimants seeking payment.

But courts have also allowed the Bankruptcy Code's mechanisms to be used by solvent, nondebtor companies and individuals facing mass-litigation exposure. These "bankruptcy grifters" act as parasites, receiving many of the substantive and procedural benefits of a host bankruptcy, but incurring only a fraction of the associated burdens. In exchange for the protections of bankruptcy, a debtor incurs the reputational cost and substantial scrutiny mandated by the bankruptcy process. Bankruptcy grifters do not. This dynamic has become evident in a number of recent, high-profile bankruptcies filed in the wake of pending mass-tort litigation, such as the Purdue Pharma and USA Gymnastics cases.

This Article is the first to call attention to the growing prevalence of bankruptcy grifters in mass-tort cases. By charting the progression of nondebtor relief from asbestos and product-liability bankruptcies to cases arising out of the opioid epidemic and sex-abuse scandals, this Article explains how courts allowed piecemeal expansion to fundamentally change the scope of bankruptcy protections. This Article proposes specific procedural and substantive safeguards that would deter bankruptcy-grifter opportunism and increase transparency, thereby protecting victims as well as the bankruptcy process.

# EXHIBIT

# 7

EXHIBIT - 7

THE BOY SCOUTS OF AMERICA HAS BEEN OFTEN
MANAGED BY OILMEN. WITH ROUGHLY 1000 OIL & GAS
HOLDINGS IN HAZARDOUS & ORPHANED CONDITION.

THIS ASSET ALONE COULD COST BSA ABUSE VICTIMS
NEARLY THIER ENTIRE SETTLEMENT. THIS OVERSIGHT BY
THE JUDICIARY...IS SIMPLY DANGEROUS FOR AMERICAN'S
IN 17 STATES. THIS WILL (NOT) STAND.

THE EXPOSURE ALONE...



**Federal Program**
Sec. 40601(b)

Establishment by January 14, 2022

Broad latitude for ranking wells, but prioritization to be based on:
- Public Health and Safety
- Potential Environmental Harm
- Other Subsurface Impacts or Land-Use Priorities

Requires tracking of:
- Costs of plugging, remediation, and reclamation
- Emissions of methane and other gases associated with orphaned wells
- Contamination of surface water and groundwater associated with orphaned wells
- Disproportionate burden of adverse human health or environmental effects of orphaned wells on underserved communities

Annual report to Congress

# RECLAMATION

Reclamation helps to ensure that any effects of oil and gas development on the land and on other resources and uses are not p ecosystem restoration, including restoration of any natural vegetation, hydrology, and wildlife habitats affected by surface disturl and gas site. In most cases, this means a condition equal to or closely approximating that which existed before the land was dis operator has achieved successful reclamation; sometimes, operators must make several attempts.

LEARN MORE ABOUT SUCCESSFUL RECLAMATION ON FEDERA

# RECLAMATION IN STAGES

Oil and gas site reclamation begins long before the completion of operations at an oil and gas site. Rather, it is an ongoing proc through the life of an oil and gas production well and its associated facilities.

**Pre-construction**

The BLM must approve an operator's reclamation plan prior to construction at an oil and gas site. The BLM reviews this plan as operator submits for review. The operator must also enter its reclamation plan into the BLM's Automated Fluid Minerals Manage

**Construction and operation**

Minimizing surface disturbance during construction and operations eases the workload associated with final reclamation. Interim production activities, occurs immediately after well completion on areas used for road and pipeline construction that unused dur management practice" that also reduces costs and increases the effectiveness of final reclamation.

**Post-operation**

During reclamation and abandonment, inspections ensure that operators have properly plugged the well and correctly complete checks for proper re-contouring of the site, the return of topsoil to disturbed areas, and the completion of proper re-seeding. The reclamation, and approves a final abandonment notice for the site when it is re-contoured, re-vegetated, free of weeds and equi

**Long-term**

The BLM continues to monitor the site over the long term to ensure that stability and full ecosystem restoration. Reclamation is vigorous, diverse, native plant community that will control erosion and non-native plant invasion and support wildlife habitat or fo

written input to <u>orphanedwells@blm.gov</u>





FEDERAL ORPHANED WELLS PROGRAM

# THE FUTURE OF THE BOY SCOUTS OF AMERICA AND VICTIMS OF SCOUTING...

WHAT THE FUTURE OF BOY SCOUTS OF AMERICA (DIP) & ALL OF ITS CO-CONSPIRATORS WILL
SHORTLY BE FACING:

**THE UNITED STATES OF AMERICA AND**
**VICTIMS OF SCOUTING LITIGATION TRUST**
**AND 17 STATES,**
**vs.**
**THE BOY SCOUTS OF AMERICA AND**
**DELAWARE BSA, LLC, SUBSIDIARIES, LOCAL**
**COUNCILS, INSURERS, CHARTER ORGANIZATIONS,**
**AND AFFILIATES.**

In a fraudulent conveyance case brought by the United States and Co-Plaintiff Victims Of Scouting Litigation
Trust. The Court found that the historic Boy Scouts Of America fraudulently conveyed Oil, Gas & Mineral
Rights assets to the Victims Of Scouting Trust to evade its debts, including its liability for environmental clean-
up at toxic sites around the country. The $300 Billion Lawsuit has the potential to be the largest award ever in
bankruptcy for governmental environmental claims, fraud and liabilities, and one of the largest environmental
enforcement awards since Kerr-McGee.

The U.S. District Attorney said: The United States will not let polluters evade their environmental liabilities
through a non-profit corporate shell game. Victims Of Scouting and Victim Attorneys will share in the
settlement. This ruling will keep the financial burden on the responsible parties, and not allow it to be shifted to
the Victims Of Scouting Abuse and the American Taxpayer. The Court decision makes a strong statement
overturning the CH-11 Delaware Voluntary Mass Tort Case. Non-Profits should take responsibility for the toxic
pollution they cause. Those that manipulate their assets and leave American taxpayers to foot the bill to clean
up their mess will be held accountable. This was a complex case and the outcome ensures that billions of
dollars will be channeled to advance toxic cleanups.

United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT *of* NEW YORK

U.S. Attorneys » Southern District of New York » News » Press Releases

**Department of Justice**

U.S. Attorney's Office

Southern District of New York

FOR IMMEDIATE RELEASE                                    Friday, December 13, 2013

# Bankruptcy Court Awards Between $5.1 Billion And $14.1 Billion Against Subsidiaries Of Anadarko Petroleum Corp. For Fraudulent Conveyance Designed To Evade Environmental Liabilities

## Bankruptcy Court Finds That Former Kerr-McGee Corporation Fraudulently Conveyed Assets To Avoid Its Environmental Liabilities

### *Largest Bankruptcy Award Ever for Governmental Environmental Claims and Liabilities, and One of the Largest Environmental Enforcement Awards Ever*

Preet Bharara, the United States Attorney for the Southern District of New York ("SDNY"), Robert G. Dreher, the Acting Assistant Attorney General for the Justice Department's Environment and Natural Resource Division ("ENRD"), Cynthia Giles, the Assistant Administrator for the Office of Enforcement and Compliance of the U.S. Environmental Protection Agency ("EPA"), and Judith Enck, Regional Administrator of the EPA's Region 2, announced today that the United States Bankruptcy Court for the Southern District of New York has awarded between $5.1 billion and $14.1 billion against defendant Kerr-McGee Corporation and certain related defendant companies ("Kerr-McGee" or "New Kerr-McGee"), all of which are subsidiaries of the Anadarko Petroleum Corporation, in a fraudulent conveyance case brought by the United States and co-plaintiff Anadarko Litigation Trust (the "Trust") in the bankruptcy of Tronox, Inc., and its subsidiaries ("Tronox"). The Court found that in 2005 the historic Kerr-McGee Corporation ("Old Kerr-McGee") fraudulently conveyed assets to New Kerr-McGee to evade its debts, including its liability for environmental clean-up at toxic sites around the country. This is the largest award ever in a bankruptcy for governmental environmental claims and liabilities, and one of the largest environmental enforcement awards ever.

Manhattan U.S. Attorney Preet Bharara said: "The United States will not let polluters evade their environmental liabilities through a corporate shell game. For decades, the Old Kerr-McGee Corporation dumped toxic chemicals across the United States, and then it tried to dump its obligation to clean up this mess on an insolvent company. In its wake, Old Kerr McGee left a legacy of contamination in communities across the nation, which has affected homes, places of worship, and town centers. The Court's decision

means that Kerr-McGee will finally have to pay for its pollution, and will fund clean-up in contaminated communities across the nation."

Acting Assistant Attorney General Robert G. Dreher said: "We are very pleased with this outcome, which will appropriately and fairly account for past pollution and replenish funds for tomorrow's cleanups. This court decision also sends a clear message that polluters cannot simply walk away from a toxic legacy and leave federal, state, and tribal governments to pick up the tab. This ruling will keep the financial burden on the responsible party, and not allow it to be shifted to the American taxpayer."

EPA Assistant Administrator Cynthia Giles said: "The Court's decision makes a strong statement that companies should take responsibility for the toxic pollution they cause. Those that manipulate their assets and leave American taxpayers to foot the bill to clean up their mess will be held accountable. This is a huge win for public health and the environment, as proceeds from the decision will fund needed cleanups across America."

EPA Regional Administrator Judith Enck said: "This legal victory illustrates EPA's commitment to cleaning up toxic waste sites in communities and ensuring that polluters, not taxpayers, pay for the environmental remediation. This was a complex case and the outcome ensures that billions of dollars will be channeled to advance toxic cleanups."

### *The Fraudulent Conveyance*

According to the complaints of the Government and the Trust and the written opinion of U.S. Bankruptcy Judge Allan L. Gropper:

Old Kerr-McGee operated numerous businesses, which included uranium mining, the processing of radioactive thorium, creosote wood treating, and manufacture of perchlorate, a component of rocket fuel. These operations left contamination across the nation, including radioactive uranium waste across the Navajo Nation; radioactive thorium in Chicago and West Chicago, Illinois; creosote waste in the Northeast, the Midwest, and the South; and perchlorate waste in Nevada.

In the years prior to 2005, Old Kerr-McGee concluded that the liabilities associated with this environmental contamination were a drag on its "crown jewel" business, the exploration and production of oil and gas. With the intent of evading these and other liabilities, Old Kerr-McGee created a new corporate entity – defendant New Kerr-McGee – and, through a series of corporate transactions in 2005 and 2006, transferred its valuable oil and gas exploration assets to the new company. The legacy environmental liabilities were left behind in the old company, which was re-named Tronox. As a result of these transactions, Tronox was rendered insolvent and unable to address its environmental and other liabilities. In 2009, Tronox went into bankruptcy.

The United States and the bankruptcy estate (now represented by the Trust) brought this lawsuit to require the defendants to repay the value of the assets fraudulently conveyed from Old Kerr-McGee.

In its decision, the Court found that Old Kerr-McGee transferred assets with the intent to hinder or delay creditors, including particularly environmental creditors, and also transferred those assets for less than their fair value, which left Tronox insolvent, unable to pay its debts when they came due, and undercapitalized. Among other things, the Court concluded that:

- "[T]here can be no dispute that Kerr-McGee acted to free substantially all its assets – certainly its most valuable assets – from 85 years of environmental and tort liabilities."
- "[O]verhelming" evidence demonstrated that "Defendants devised, carried out and had complete knowledge that [the transfer of Old Kerr-McGee's oil and gas exploration and production assets was]

# EXHIBIT

# 8

EXHIBIT - 8

RECENTLY...DURING THE WILDFIRES IN NEW MEXICO. THE BOY SCOUTS OF AMERICA SOLICITED EMERGENCY DONATIONS FROM AMERICA, AND THE WORLD.

THEY ACCECTED THESE FRAUDULENT FUNDS. THEN HAD TO ADMIT...THEY ARE NOT LEGALLY LICENCED IN NEARLY 12 STATES. TO OPERATE, AS A CHARITY OR FUNCTION AS A FOREIGN NON-PROFIT.

THIS HAS IS INTERSTATE CRIME...A R.I.C.O VIOLATION. WITH WIRE FRAUD, AND A NUMBER OF BROKEN LAWS ATTACHED. THE DELAWARE COURT HAS FAILED TO SACTION, AND IMMEDIATELY APPOINT A SPECIAL MASTER AND PLACE THE BOY SCOUTS OF AMERICA INTO RECIEVERSHIP...WHY?

ALL FUNDS SHOULD BE FROZEN WITH A PERMANENT INJUCTION IMPOSED. THE VICTIM'S ARE GRIEVED...

https://bit.ly/PhilmontFireRecovery



During this time of financial restructuring, **we are not permitted to accept donations from the following states**: California, District of Columbia, Illinois, Kansas, Mississippi, New Jersey, North Carolina, Pennsylvania, Puerto Rico, Tennessee, Virgin Islands or Wisconsin.

The Philmont and Cimarron Volunteer Fire Departments, which are comprised of many of the Philmont full-time staff, have each sent a unit and are currently protecting structures in West Las Vegas. Also deployed are units from Vermejo, Maxwell and Moreno Valley. The spirit of serving others has always been a core principal of Scouting and is clearly present in both our fire departments and surrounding communities. Without hesitation they have moved on to help assist our neighbors.

We are grateful for all personnel on both fires and their continued safety as they continue to protect Philmont and our surrounding communities.

To donate to the Fire Recovery and Mitigation Fund click below. 100% of your donation will go to Philmont:

https://bit.ly/PhilmontFireRecovery

During this time of financial restructuring, we are not permitted to accept donations from the following states: California, District of Columbia, Illinois, Kansas, Mississippi, New Jersey, North Carolina, Pennsylvania, Puerto Rico, Tennessee, Virgin Islands or Wisconsin.
For more information, please visit the links below:

https://nmfireinfo.com/

https://inciweb.nwcg.gov/incident/8066/


**Cooks Peak Fire Update: May 2, 2022, 9:00 AM MDT**

The Cooks Peak Fire is estimated at 59,065 acres and is 69% contained. 413 personnel assigned.

A red flag warning continues today with gusty winds 35+mph and low humidity. Air operations continue.

The Type 2 team will transition to a Type 3 team towards the end of the week. Philmont is prepared to host the Type 3 team.

We are grateful for all personnel on the fire and their continued safety as they continue to protect Philmont and our surrounding communities.

To donate to the Fire Recovery and Mitigation Fund click below. 100% of your donation will go to Philmont:

https://bit.ly/PhilmontFireRecovery

During this time of financial restructuring, we are not permitted to accept donations from the following states: California, District of Columbia, Illinois, Kansas, Mississippi, New Jersey, North Carolina, Pennsylvania, Puerto Rico, Tennessee, Virgin Islands or Wisconsin.
For more information, please visit the links below:

https://nmfireinfo.com/

https://inciweb.nwcg.gov/incident/8066/


**Cooks Peak Fire Update April 30th, 2022, 10:45 AM MDT**

The Cooks Peak Fire is estimated at 56,276 acres and 56% contained. 465 personnel on scene.

Lines were held during yesterday's high winds and evacuation status was reduced. Philmont HQ and Miami has been reduced to READY and Rayado reduced to SET. State highway 21 remains closed except for local traffic. Roadblocks remain in place.



**New Mexico Fire Information**

*Home*    *About*    *Information*    *Fire Restrictions*    *Smoke Management*    *Links*    Enter keywords...

*Contacts*

# Cerro Pelado Fire Update Sunday, May 8, 2022

MAY 8, 2022 BY SFNFPIO    0 COMMENTS

Hours: 8 a.m. – 8 p.m. Phone: 505-312-4593 and  303-918-4004      Email: 2022.CerroPelado@firenet.gov  InciWeb: https://inciweb.nwcg.gov/incident/8075/  Twitter: https://twitter.com/SantafeNF Facebook: https://www.facebook.com/2022.Cerropeladofire Acreage: 37,425 acres Containment: 11% Personnel and Equipment: 872 total personnel; 42 engines, 8 Type 1 hand crews, 11 Type 2 hand crews, 6 Type 2 initial attack crews, 9 helicopters, 2 scooper planes, 10 dozers, 1 [...]

Continue reading →

NM Fire Info

# Cooks Peak Fire Update-5/8/22

MAY 8, 2022 BY TRIGBY@BLM.GOV    0 COMMENTS

Phone Line: 505-357-0683; Hours: 8 am – 5 pm Email: 2022.cookspeak@firenet.gov Acres: 59,359 acres   Containment: 97% Cause: Human, under investigation Start Date: Sunday, April 17, 2022 Fuels: ponderosa pine, oak brush and grass Location: North of Ocate NM, approximately 46 miles north of Las Vegas, NM Fire Update:  Throughout the fire, smoke may be [...]

Continue reading →

Active Wildfire, BLM, New Mexico State Land Office, NM State Forestry

# Hermits Peak and Calf Canyon Fires

MAY 8, 2022 BY SFNFPIO    0 COMMENTS

May 8, 2022, Daily Update, 09:00AM Acres:  176,273 acres – Containment: 21% – Total personnel:  1,535 Start Date:  Hermits Peak: April 6, 2022; Calf Canyon: April 19, 2022 Cause: Hermits Peak: spot fires from prescribed burn; Calf Canyon: under investigation Location: Located near Gallinas Canyon – Fuels: Heavy mixed conifer, ponderosa pine, brush, and grass [...]

Continue reading →

NM Fire Info







Fire Maps

• SouthWest Region Current Fire Map
• Fire Map Resources

**NMFireInfo**

Cerro Pelado Fire Update Sunday, May 8, @ 2022 nmfireinfo.com/2022/05/08/cer...

17 hours ago

Cooks Peak Fire Update-5/8/22

nmfireinfo.com/2022/05/08/coo...

17 hours ago

Hermits Peak and Calf Canyon Fires

nmfireinfo.com/2022/05/08/her...

17 hours ago

Bear Trap Fire – May 8th UPDATE

nmfireinfo.com/2022/05/08/bea...

19 hours ago

Bear Trap Fire – May 7th UPDATE

nmfireinfo.com/2022/05/07/bea... 1 day ago

**Smokey Bear (SFNF)**

# EXHIBIT

# 9

| Carrier | Policy Number | Start Date | End Date | Attachment Point | Occurrence Limit | Layer Limit | Aggregate Limit | Sex |
|---|---|---|---|---|---|---|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | BE1140592³ | 1/1/1975 | 1/1/1976 | $ 500,000.00 | $ 7,500,000.00 | $ 7,500,000.00 | None | |
| Hartford Accident and Indemnity Company | 10CA43349E | 2/1/1976 | 1/1/1977 | $ | $ 500,000.00 | $ 500,000.00 | None | |
| National Union Fire Insurance Company of Pittsburgh, PA | BE 115 15 59 | 2/1/1976 | 1/1/1977 | $ 500,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | None | |
| American Re-Insurance Company | M-1027493 | 1/1/1976 | 1/1/1977 | $ 1,500,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 5,000,000.00 | |
| London Market | 76-10-08-02 | 9/17/1976 | 1/1/1979 | $ 10,500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | None | |
| Hartford Accident and Indemnity Company | 10CA43359E | 1/1/1977 | 1/1/1978 | $ | $ 1,000,000.00 | $ 1,000,000.00 | None | |
| Hartford Accident and Indemnity Company | 10JPA41360E | 1/1/1977 | 1/1/1978 | $ | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | |
| National Union Fire Insurance Company of Pittsburgh, PA | BE 121 82 55 | 1/1/1977 | 1/1/1978 | $ 1,000,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | None | |
| American Re-Insurance Company | M-1027493 | 1/1/1977 | 1/1/1978 | $ 1,500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 5,000,000.00 | |
| Insurance Company of North America | GLP 70 64 52 | 1/1/1978 | 1/1/1980 | $ | $ 500,000.00 | $ 500,000.00 | None | |
| National Union Fire Insurance Company of Pittsburgh, PA | CE 115 77 77 | 1/1/1978 | 1/1/1979 | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 | |
| First State Insurance Company | 908954 | 1/1/1978 | 1/1/1979 | $ 1,000,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | None | |
| Insurance Company of North America | XBC 151748 | 1/1/1979 | 1/1/1980 | $ 500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | None | |
| Aetna Casualty and Surety Company | 01 XN 2046 WCA | 1/1/1979 | 1/1/1980 | $ 5,500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | None | |
| First State Insurance Company | 927616 | 1/1/1979 | 1/1/1980 | $ 10,500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | None | |
| Insurance Company of North America | GLP 70 64 52 | 1/1/1980 | 1/1/1981 | $ | $ 500,000.00 | $ 500,000.00 | None | |
| Allianz Insurance Company | UMB 599346 | 1/1/1980 | 1/1/1981 | $ 500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | None | |
| Aetna Casualty and Surety Company | 01 XN 2438 WCA | 1/1/1980 | 1/1/1981 | $ 5,500,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | None | |
| Insurance Company of North America | ISL1353 | 1/1/1981 | 1/1/1982 | $ | $ 500,000.00 | $ 500,000.00 | None | |
| Transit Casualty Company | UMB964076 | 1/1/1981 | 1/1/1982 | $ 500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |
| First State Insurance Company | 931255 | 1/1/1981 | 1/1/1983 | $ 5,500,000.00 | $ 4,150,000.00 | $ 7,650,000.00 | $ 4,150,000.00 | |
| London Market | 931255A | 1/1/1981 | 1/1/1983 | $ 5,500,000.00 | $ 3,500,000.00 | $ 7,650,000.00 | $ 3,500,000.00 | |
| First State Insurance Company | 931257 | 1/1/1981 | 1/1/1983 | $ 13,150,000.00 | $ 5,500,000.00 | $ 9,000,000.00 | $ 5,500,000.00 | |
| London Market | 931257A | 1/1/1981 | 1/1/1983 | $ 13,150,000.00 | $ 3,500,000.00 | $ 9,000,000.00 | $ 3,500,000.00 | |
| Insurance Company of North America | ISL1364 | 1/1/1982 | 1/1/1983 | $ | $ 500,000.00 | $ 500,000.00 | None | |
| Twin City Fire Insurance Company | TXU 100325 | 1/1/1982 | 1/1/1983 | $ 500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |
| Insurance Company of North America | XCP 144961 | 11/17/1982 | 1/1/1984 | $ 25,500,000.00 | $ 25,000,000.00 | $ 25,000,000.00 | $ 25,000,000.00 | |
| Insurance Company of North America | ISL G0 28 34 57-1 | 1/1/1983 | 1/1/1984 | $ | $ 500,000.00 | $ 500,000.00 | $ 2,000,000.00 | |
| Insurance Company of North America | XCP144965 | 1/1/1983 | 1/1/1984 | $ 500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |
| Insurance Company of North America | XCP 144966 | 1/1/1983 | 1/1/1984 | $ 5,500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |
| National Surety Corporation | XLX 148 43 09 | 1/1/1983 | 1/1/1984 | $ 10,500,000.00 | $ 15,000,000.00 | $ 15,000,000.00 | $ 15,000,000.00 | |
| Mission National Insurance Company | MN 02 79 69 | 1/1/1984 | 1/1/1985 | $ 500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |
| Insurance Company of North America | XCP 145365 | 1/1/1984 | 1/1/1985 | $ 5,500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |
| National Surety Corporation | XLX1484392 | 1/1/1984 | 1/1/1985 | $ 10,500,000.00 | $ 15,000,000.00 | $ 15,000,000.00 | $ 15,000,000.00 | |
| Insurance Company of North America | XCP 145366 | 1/1/1984 | 1/1/1985 | $ 25,500,000.00 | $ 25,000,000.00 | $ 25,000,000.00 | $ 25,000,000.00 | |
| Insurance Company of North America | ISL G0 29 31 72 2 | 12/31/1984 | 3/1/1986 | $ | $ 500,000.00 | $ 500,000.00 | $ 4,000,000.00 | |
| Mission National Insurance Company | MN 045730 | 1/1/1985 | 1/1/1986 | $ 500,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | |
| Landmark Insurance Company | FE4002136 | 1/1/1985 | 3/1/1986 | $ 1,500,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | |
| Columbia Casualty Company | RDX 917 64 99 | 1/1/1985 | 3/1/1986 | $ 3,500,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |
| Insurance Company of North America | XCP 144232 | 1/1/1985 | 3/1/1986 | $ 8,500,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | |
| Highlands Insurance Company | SR 51238 | 1/1/1985 | 1/1/1986 | $ 18,500,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | |
| Federal Insurance Company | (86) 7928-83-37 | 1/1/1985 | 3/1/1986 | $ 28,500,000.00 | $ 7,000,000.00 | $ 22,000,000.00 | $ 7,000,000.00 | |
| International Insurance Company | 522 048501 | 1/1/1985 | 3/1/1986 | $ 28,500,000.00 | $ 5,000,000.00 | $ 22,000,000.00 | $ 5,000,000.00 | |
| Royal Indemnity Company | ED 103126 | 1/1/1985 | 3/1/1986 | $ 28,500,000.00 | $ 10,000,000.00 | $ 22,000,000.00 | $ 10,000,000.00 | |
| Insurance Company of North America | ISG GO 293149-7 | 1/1/1986 | 3/1/1986 | $ 500,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | None | |
| Highlands Insurance Company | SR 51497 | 1/1/1986 | 3/1/1986 | $ 18,500,000.00 | $ 5,000,000.00 | $ 10,000,000.00 | $ 5,000,000.00 | |
| Unknown | Unknown | 1/1/1986 | 3/1/1986 | $ 18,500,000.00 | $ 5,000,000.00 | $ 10,000,000.00 | $ 5,000,000.00 | |
| Insurance Company of North America | ISL G0 293184-9 | 3/1/1986 | 3/1/1987 | $ | $ 1,000,000.00 | $ 1,000,000.00 | TBD⁴ | |
| Insurance Company of North America | ISL G0 293184-9 | 3/1/1986 | 3/1/1987 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | |
| U.S. Fire Insurance Company | 523 425440 7 | 3/1/1986 | 3/1/1987 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | |
| Utica Mutual Ins. Company | 10272 | 3/1/1986 | 3/1/1987 | $ 4,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | |
| National Union Fire Insurance Company of Pittsburgh, PA | 9607508 | 3/1/1986 | 3/1/1987 | $ 5,000,000.00 | $ 6,000,000.00 | $ 6,000,000.00 | $ 6,000,000.00 | |
| Pacific Employers Ins. Company | XCC 001154 | 4/1/1986 | 3/1/1987 | $ 11,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | |
| Harbor Insurance Company | HI 218373 | 5/20/1986 | 3/1/1987 | $ 13,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | |
| St. Paul Surplus Lines Insurance Company | LCO 55 17312 | 5/28/1986 | 3/1/1987 | $ 15,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | |
| Chubb Custom Insurance Company | 7931-00-02 | 6/3/1986 | 3/1/1987 | $ 17,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | |
| National Union Fire Insurance Company of Pittsburgh, PA | 9601862 | 6/3/1986 | 3/1/1987 | $ 18,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | |
| Insurance Company of North America | ISL G0 997957 8 | 3/1/1987 | 3/1/1988 | $ | $ 1,000,000.00 | $ 1,000,000.00 | TBD⁴ | |
| Insurance Company of North America | ISG GO 81 65 36-1 | 3/1/1987 | 3/1/1988 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | |
| U.S. Fire Insurance Company | 522 065060 1 | 3/1/1987 | 3/1/1988 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | |
| St. Paul Surplus Lines Insurance Company | LCO 55 18254 | 3/1/1987 | 3/1/1988 | $ 4,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |
| National Union Fire Insurance Company of Pittsburgh, PA | 9601888 | 3/1/1987 | 3/1/1988 | $ 9,000,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | |
| Lexington Insurance Company | 5529760 | 3/1/1987 | 3/1/1988 | $ 19,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | |



# Boy Scouts of America
## Coverage Chart 1976 -1980
### National Council

KCIC

NOTE: This coverage chart is intended for illustrative purposes only. Although
reasonable efforts have been made to depict the coverage accurately, the
information on this chart should not be used as a definitive source of information.
That includes but is not limited to any depiction of exhaustion or erosion of relevant
limits of liability.

February 18, 2022

### Legend

☐ Available Coverage

 Settled Coverage



| | 76 | 77 | 78 | 79 | 80 |
|---|---|---|---|---|---|

$ 17.9M

$ 15.3M

$ 12.8M

$ 10.2M

$ 7.7M

$ 5.1M

$ 2.6M
$ 1.7M

Dated: $05$ $SEP$ , 2022
New Mexico

**PRO-SE CLAIMANT/CREDITOR SA-101730**
**& SA-47539**

*/s/ Michael Cutler*

Mr. Michael Cutler
HC 72 Box 240
Ribera, New Mexico 87560-9662

Email: mrctlr@protonmail.com